A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Dec 30, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
DEC 30 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 15, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MUSICAL INSTRUMENTS AND
EQUIPMENT ANTITRUST LITIGATION

MDL No. 2121

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On December 9, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ____F.Supp.2d____ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Larry Alan Burns.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Burns.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of December 9, 2009, and, with the consent of that court, assigned to the Honorable Larry Alan Burns.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 30, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 12/30/09
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy

IN RE: MUSICAL INSTRUMENTS AND
EQUIPMENT ANTITRUST LITIGATION                                           MDL No. 2121

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

**CALIFORNIA CENTRAL**
- CAC  2  09-7254     Niranjan Parikh v. Guitar Center, Inc., et al.
- CAC  2  09-7375     Kate MacWilliamson v. Guitar Center, Inc., et al.
- CAC  2  09-7526     Agustin Cervantes v. Guitar Center, Inc., et al.
- CAC  2  09-7614     William S. Poff, Jr. v. Guitar Center, Inc., et al.
- CAC  2  09-7630     Scott Cook v. Guitar Center, Inc., et al.
- CAC  2  09-7783     Gerald Logsdon v. Guitar Center, Inc., et al.
- CAC  2  09-7923     Rob Roessler v. Guitar Center, Inc., et al.
- CAC  2  09-7985     Craig Kennedy v. National Association of Music Merchants, Inc., et al.
- CAC  2  09-8343     Paula Jennings v. Guitar Center, Inc., et al.
- CAC  2  09-8708     Daniel T. Smith v. Guitar Center, Inc., et al.

**DISTRICT OF COLUMBIA**
- DC  1  09-1950     Kenneth Manyin v. Guitar Center, Inc., et al.
- DC  1  09-1984     Jon Bandish v. Guitar Center, Inc., et al.
- DC  1  09-2002     Russell D. Melton v. Guitar Center, Inc., et al.
- DC  1  09-2019     Richard Tabas v. Guitar Center, Inc., et al.

**ILLINOIS NORTHERN**
- ILN  1  09-6872     John Pearson, et al. v. Guitar Center, Inc., et al.

**ILLINOIS SOUTHERN**
- ILS  3  09-923     Jerry Jost v. Guitar Center, Inc., et al.

**KENTUCKY WESTERN**
- KYW  3  09-869     Ryan J. Bigg v. Guitar Center, Inc., et al.

**TEXAS EASTERN**
- TXE  1  09-940     Bryan Roach v. National Association of Music Merchants, Inc., et al.
- TXE  1  09-942     Brandon Armstrong v. National Association of Music Merchants, Inc., et al.