# HOLLAND, GROVES, SCHNELLER & STOLZE, LLC.
## ATTORNEYS AT LAW

Eric D. Holland
Steven L. Groves
Gerard B. Schneller
Steven J. Stolze
Ryan M. Furniss
William E. Kruse

300 North Tucker
Suite 801
St. Louis, Missouri 63101
Tel. 314-241-8111
Fax: 314-241-5554

January 5, 2010

**FILED**
JAN - 7 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

09 md 2121 -LAB(POR)
09CV 2178
09CV 2211      09CV 2332
09CV 2267
09CV 2285

**VIA OVERNIGHT DELIVERY**
Mr. Jeffery N. Luthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

RE:   In Re National Association of Music Merchants, Musical Instruments and
Equipment Antitrust Litigation
MDL Docket 2127

Enclosed please find the following for filing in the above-referenced action:

1.   Original and pdf on disc of Plaintiffs Brandon Armstrong, Bryan Roach, Jerry
Jost and Kevin Gagnepain Notice of Presentation or Waiver of Oral Argument;
and

2.   Proof of Service.

Sincerely,

Eric D. Holland

EDH/lkh
Enclosures

cc:   All counsel and courts on enclosed service list (via first class or electronic mail)

MDL DOCKET NO. 2127

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **JANUARY 8, 2010**

TO:    Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__XX__    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

        Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

        Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

| __1-5-2010__ | __Eric D. Holland__ | _(signature)_ |
|---|---|---|
| Date | Name | Authorized Signature |

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Brandon Armstrong, Eastern District of Texas (Beaumont) 1:09-cv-00942
Bryan Roach, Eastern District of Texas (Beaumont) 1:09-cv-00940
Jerry Jost, Southern District of Illinois 09-923-GPM
Kevin Gagnepain, Southern District of California  09-cv-2488-JLS-JMA

Name and Address of Attorney Designated to Present Oral Argument:

Eric D. Holland
Holland, Groves, Schneller & Stolze, LLC
300 North Tucker Blvd., Suite 801, St. Louis, MO  63101

Telephone No.:  314-241-8111    Fax No.:  314-241-5554

Email Address:  eholland@allfela.com

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.*

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: NATIONAL ASSOCIATION OF MUSIC MERCHANTS, MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION | : : : : : : : |

MDL DOCKET NO. 2127

### PROOF OF SERVICE

I, Eric D. Holland, hereby certify that a copy of the foregoing:

**PLAINTIFFS BRANDON ARMSTRONG, BRYAN ROACH, JERRY JOST AND KEVIN GAGNEPAIN'S NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**

and this Proof of Service was served on the parties on the attached Service List by First Class or Electronic Mail on January 5, 2010.

Dated: January 5, 2010

_____
Eric D. Holland

## Judicial Panel On Multidistrict Litigation - Panel Service List

**Docket:**    2127 – IN RE: National Association of Music Merchants, Musical Instruments and Equipment Antitrust Litigation
**Status:**    Pending On / /
**Transferee District:**
**Judge:**
**Transferee District Master Docket No.:**

**Report key:**  * Signifies that an appearance was made on behalf of the party by the representing attorney.
          # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
          All counsel and parties no longer active in this litigation have been suppressed.

| ATTORNEY – FIRM | REPRESENTED PARTY(S) |
|---|---|
| **Aguilar, George C.**<br>ROBBINS UMEDA LLP<br>600 B Street<br>Suite 1900<br>San Diego CA 92101<br>Phone No.:(619) 525-3990<br>Fax No.:  (619) 525-3991<br>gaguilar@robbinsumeda.com | Keel, David* |
| **Barnes, Heather A.**<br>PRICE WAICUKAUSKI & RILEY LLC<br>301 Massachusetts Avenue<br><br>Indianapolis IN 46204<br>Phone No.:(317) 633-8787<br>Fax No.:  (317) 633-8797 | Collins, Rory W. |
| **Barnow, Ben .**<br>BARNOW & ASSOCIATES PC<br>One North LaSalle Street<br>Suite 4600<br>Chicago IL 60602<br>Phone No.:(312) 621-2000<br>Fax No.:  (312) 641-5504<br>b.barnow@barnowlaw.com | Lil Walt Production* |
| | Witherspoon (dba Racy Brothers Enterprizes & Lil Walt Production), Walter* |
| **Basser, Stephen R.**<br>BARRACK RODOS & BACINE<br>One American Plaza<br>600 West BroadwaySuite 900<br>San Diego CA 92101<br>Phone No.:(619) 230-0800<br>Fax No.:  (619) 230-1874 | O'Leary, Mark |
| | Sepulveda, Cynthia |

<table>
<tr><td>

**Bernstein, Debra D.**
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta GA 30309
Phone No.:(404) 881-4476
Fax No.:   (404) 253-8488
debra.bernstein@alston.com

</td><td>

Korg, USA, Inc.*

</td></tr>
<tr><td>

**Burke, Christopher M.**
SCOTT & SCOTT LLP
6424 Santa Monica Boulevard

Los Angeles CA 90038
Phone No.:(213) 985-1274
Fax No.:   (213) 985-1278
cburke@scott-scott.com

</td><td>

MacWilliamson, Kate

</td></tr>
<tr><td>

**Corrigan, Jeffrey J.**
SPECTOR ROSEMAN KODROFF & WILLIS PC
1818 Market Street
Suite 2500
Philadelphia PA 19103
Phone No.:(215) 496-0300
Fax No.:
jcorrigan@srk-law.com

</td><td>

Manyin, Kenneth*

Tabas, Richard*

</td></tr>
<tr><td>

**Cuomo, Paul C.**
HOWREY LLP
1299 Pennsylvania Avenue, N.W.

Washington DC 200042402
Phone No.:(202) 383-6547
Fax No.:   (202) 383-6610
Cuomop@howrey.com

</td><td>

National Association of Music Merchants, Inc.*

</td></tr>
<tr><td>

**D'Addario, James D.**

D'Addario & Co., Inc.
595 Smith Street
Farmingdale NY 11735
Phone No.:
Fax No.:

</td><td>

D'Addario & Co., Inc.

</td></tr>
<tr><td>

**Davis, Gregory L.**
LAW OFFICE OF GREG DAVIS
6987 Halcyon Park Drive

Montgomery AL 36117
Phone No.:(334) 832-9080
Fax No.:   (334) 409-7001
gldavis@knology.com

</td><td>

Poff, Jr., William S.

</td></tr>
<tr><td>

**Doherty, Sean .**
BAIN CAPITAL LLC
111 Huntington Avenue

Boston MA 02199

</td><td>

Bain Capital, LLC

</td></tr>
</table>

Phone No.:
Fax No.:

------------------------------------------------

**Fegan, Elizabeth A.**
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard
Suite B
Oak Park IL 60301
Phone No.:(708) 776-5600
Fax No.:  (708) 776-5601
beth@hbsslaw.com

Hale, Allen*

Logsdon, Gerald*

------------------------------------------------

**Harvey, Timothy G.**
RILEY WARNOCK & JACOBSON PLC
1906 West End Avenue

Nashville TN 37203
Phone No.:(615) 320-3700
Fax No.:   (615) 320-3737
tharvey@rwjplc.com

Gibson Guitar Corp.*

Gibson Musical Instruments Corp.

------------------------------------------------

**Hinman, Frank N.**
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center

San Francisco CA 941114067
Phone No.:(415) 393-2000
Fax No.:   (415) 393-2286
frank.hinman@bingham.com

Roland Corp. U.S.*

------------------------------------------------

**Hodge, Brooke E.**
GERGOSIAN & GRAWLEWSKI LLP
655 West Broadway
Suite 1410
San Diego CA 92101
Phone No.:(619) 237-9500
Fax No.:   (619) 237-9555
brooke@gergosian.com

Cervantes, Agustin

------------------------------------------------

**Leopold, Theodore J.**
LEOPOLD KUVIN PA
2925 PGA Boulevard
Suite 200
Palm Beach Gardens FL 33410
Phone No.:(561) 515-1400
Fax No.:   (561) 515-1401
tleopoldkuvin.com

Parikh, Niranjan

------------------------------------------------

**Lipstein, Robert A.**
CROWELL & MORING
1001 Pennsylvania Avenue, Nw

Washington DC 200042595
Phone No.:(202) 624-2500
Fax No.:   (202) 528-5116

Yamaha Corp. of America

---

**Markley, Dean .**

Dean Markley Electronics, Inc.
12911 Pierce Road
Saratoga CA 95070
Phone No.:
Fax No.:

Dean Markley Electronics, Inc.

---

**Novak, Paul F.**
MILBERG LLP
One Pennsylvania Plaza

New York NY 10119
Phone No.:(212) 594-5300
Fax No.:   (212) 868-1229

Paradise, Jason*

---

**Pritzker, Elizabeth C.**
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco CA 94108
Phone No.:(415) 981-4800
Fax No.:   (415) 981-4846
ecp@girardgibbs.com

Haskell, Jeremy*

Ramsey, Joshua*

---

**Rebuck, Monica L.**
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street
Suite 700
Harrisburg PA 171011701
Phone No.:(717) 364-1030
Fax No.:   (717) 364-1020
mrebuck@hangley.com

C.F. Martin & Co., Inc.*

---

**Rosenberg, Ellen S.**

Guitar Center, Inc.
5795 Lindero Canyon Road
Westlake Village CA 91362
Phone No.:
Fax No.:

Guitar Center Stores, Inc.

---

**Sandusky, James .**

Peavey Electronics Corp.
5022 Hartley Peavey Drive
Meridian MS 39305
Phone No.:
Fax No.:

Peavey Electronics

---

**Scarborough, Lawrence G.**
BRYAN CAVE LLP
Two North Central Avenue
Suite 2200
Phoenix AZ 850044406
Phone No.:(602) 364-7000
Fax No.:   (602) 364-7070
lgscarborough@bryancave.com

Fender Musical Instruments Co.*

Fender Musical Instruments Corp.*

**Stephan, Ryan F.**
STEPHAN ZOURAS LLP
205 N. Michigan Ave.
Suite 2560
Chicago IL 60601
Phone No.:(312) 233-1550
Fax No.:  (312) 233-1560
Rstephan@stephanzouras.com

Teller, Alex

**Sweeney, Bonny E.**
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway
Suite 1900
San Diego CA 92101
Phone No.:(619) 231-1058
Fax No.:  (619) 231-7423
bonnys@csgrr.com

Giles, Colby

**Talley, Stuart C.**
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue

Sacramento CA 95864
Phone No.:(916) 448-9800
Fax No.:  (916) 669-4499
stalley@kcrlegal.com

Bohl, Alex

**Teac America, Inc. .**

7733 Telegraph Road

Montebello CA 90640
Phone No.:(323) 726-0303
Fax No.:  (323) 727-7656

TASCAM

TEAC (as is on docket sheet)

TEAC Corp. of North America

**Wexler, Kenneth A.**
WEXLER WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago IL 60603
Phone No.:(312) 346-2222
Fax No.:  (312) 346-0022
kaw@wexlerwallace.com

Giambusso, David*

**Zwisler, Margaret M.**
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington DC 20004
Phone No.:(202) 637-1092
Fax No.:  (202) 637-2201
margaret.zwisler@lw.com

Guitar Center, Inc.*

Lee M. Gordon
Elaine T. Byszewski
HAGENS BERMAN SOBOL SHAPIRO LLP
700 Flower Street, Suite 2940
Los Angeles, California 90017
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152
Email:  lee@hbsslaw.com
Email:  elaine@hbsslaw.com

*Attorneys for Plaintiff Gerald Logsdon and Cynthia Sepulveda*

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com
Email:  tony@hbsslaw.com

*Attorneys for Plaintiff Gerald Logsdon*

Stephen R. Basser
Samuel M. Ward
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 230-0800
Facsimile:  (619) 230-1874
Email:  sbasser@barrack.com
Email:  sward@barrack.com

*Attorneys for Plaintiff Cynthia Sepulveda*

Elizabeth A. Fegan
HAGEN BERMAN SOBOL SHAPIRO LLP
820 North Boulevard Suite B
Oak Park, IL 60301
Telephone: 708-776-5600

*Attorneys for Plaintiff Cynthia Sepulveda*

Gerald J. Rodos
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
Philadelphia, PA 19103
(215) 963-0600
(215) 963-0838

*Attorneys for Plaintiff Cynthia Sepulveda*

1

Mark A. Maasch
TURNER & MAASCH, INC.
550 West C Street, Suite 1160
San Diego, California 92101
Telephone: (619) 237-1212
Facsimile: (619) 237-0325

*Attorney for Plaintiffs Walter Witherspoon and Lil Walt Production*

Ben Barnow
BARNOW & ASSOCIATES, P.C.
One North LaSalle, Suite 4600
Chicago, Illinois 60602
(312) 621-2000

*Attorneys for Plaintiffs Walter Witherspoon and Lil Walt Production*

Lance A. Harke
HARKEY & CLASKY LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130
(305)536-8220

*Attorney for Plaintiff Walter Witherspoon and Lil Walt Production*

Richard Quintas
Michael L. Roberts
ROBERTS LAW FIRM PA
20 Rahling Circle
Little Rock, AR 72223
(501)821-5575

*Attorneys for Plaintiffs Walter Witherspoon and Lil Walt Production*

Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street
Suite 700
Harrisburg, PA 17101-1701
Phone: 717.364.1007
Fax: 215.568.0300
mrebuck@hangley.com

*Attorney for Defendant CF Martin*

Elizabeth C. Pritzker
Daniel C. Girard
Aaron M. Sheanin
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: ecp@gerardgibbs.com
Email: dcg@gerardgibbs.com
Email: ams@gerardgibbs.com

*Attorneys for Plaintiffs Joshua Ramsey and Jeremy Haskell*

Kenneth M. Gilman
GILMAN & PASTOR LLP
16 Fourteenth Avenue
Wareham, MA 02571
Telephone: (508) 291-8400
Facsimile: (508) 291-3258
Email: kgilman@GilmanPastor.com

*Attorneys for Plaintiffs Joshua Ramsey and Jeremy Haskell*

Michael D. Hausfeld
Hilary K. Ratway
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeldllp.com
Email: hscherrer@hausfeldllp.com

*Attorneys for Plaintiffs Kenneth Manyin, Russell Melton, and Richard Tabas*

Jeffrey L. Kodroff
Jeffrey J. Corrigan
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: JKodroff@srkw-law.com
Email: JCorrigan@srkw-law.com
Email: JCohen@srkw-law.com
Email: JJagher@srkw-law.com

*Attorneys for Plaintiffs Kenneth Manyin and Richard Tabas*

Jeffrey S. Goldenberg
MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202
(513) 345-8291
(513) 345-8294
jgoldenberg@mgsglaw.com

*Attorneys for Plaintiff Richard Tabas*

Mark S. Goldman
Brian D. Penny
GOLDMAN SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, Pennsylvania 19428
(484) 342-0700
(484) 342-0701
goldman@gsk-law.com

*Attorneys for Plaintiff Richard Tabas*

John P. McCarthy
LAW OFFICES OF JOHN P. McCARTHY
217 Bay Avenue
Somers Points, New Jersey 08244
(609) 653-1094
(609) 653-3029
jpmcc57@aol.com

*Attorneys for Plaintiff Richard Tabas*

Philip A. Steinberg, Esq.
124 Rockland Avenue
Bala Cynwynd, Pennsylvania 19004
(610) 664-0972
(610) 664-3101
pasteinbe@aol.com

*Attorney for Plaintiff Richard Tabas*

Shpetim Ademi
Guri Ademi
ADEMI & O'REILLY, LLP
3620 East Layton Avenue
Cudahyo, WI 53110
Telephone:  (866) 264-3995
Facsimile:  (414) 482-8001
Email:  sademi@ademilaw.com

*Attorneys for Plaintiff Jason Paradise*

Jeff Westerman
MILBERG LLP
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone:  (213) 617-1200
Facsimile:  (213) 617-1975
Email:  jwesterman@milberg.com

*Attorneys for Plaintiff Jason Paradise*

Peter Safirstein
Paul F. Novak
Peggy Wedgworth
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milberg.com
Email: pnovak@milberg.com
Email: pwedgworth@milberg.com

*Attorneys for Plaintiff Jason Paradise*

Robert J. Gralewski, Jr.
Brooke E. Hodge
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 237-9500
Facsimile: (619) 237-9555
Email: bob@gergosian.com
Email: brooke@gergosian.com

*Attorneys for Plaintiff Agustin Cervantes*

Daniel E. Gustafson
Daniel Hedlund
GUSTAFSON & GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com

*Attorneys for Plaintiff Agustin Cervantes*

6

Mark Reinhardt
Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
E1250 First National Bank Bldg.
322 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
Facsimile: (651) 287-2103
Email: m.reinhardt@rwblaw.com
Email: g.blanchfield@rwblaw.com

*Attorneys for Plaintiff Russell Melton*

Robert J. Gralweski, Jr.
Brooke E. Hodge
GERGOSIAN AND GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego, CA 92101
Telephone: 619-237-9500
Facsimile: 619-237-9555
bob@gergosian.com
brooke@gergosian.com

*Attorneys for Plaintiff Agustin Cervantes*

Gary B. Friedman
FRIEDMAN LAW GROUP LLP
270 Lafayette Street, 14th Floor
New York, NY 10012
Telephone: (212) 680-5150
Email: gfriedman@flgllp.com

*Attorneys for Plaintiff Russell Melton*

7

Daniel J. Mogin
Kristy L. Fischer
THE MOGIN LAW FIRM, P.C.
110 Juniper Street
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
Email: dmogin@moginlaw.com
Email: kristy@moginlaw.com

*Attorneys for Plaintiff Scott Cook*

Jeff Westerman
MILBERG LLP
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

*Attorneys for Plaintiff Jason Paradise*

Michael J Flannery
James J. Rosemergy
CAREY & DANIS LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
(314 )725-7700
(314) 721-0905 (fax)
mflannery@careydanis.com
jrosemergy@careydanis.com

*Attorneys for Plaintiffs Kevin Gagnepain and Jerry Jost*

Ted Leopold
William C Wright
LEOPOLD KUVIN PA
2925 PGA Boulevard Suite 200
Palm Beach Gardens, FL 33410
561-515-1400
561-515-1401 (fax)
tleopold@leopoldkuvin.com

*Attorneys for Plaintiffs Niranjan Parikh and Scott Cook*

Donna F. Solen
MASON LLP
1625 Massachusetts Avenue, NW Suite 605
Washington, DC 20036
Telephone: 202-429-2290
Facsimile: 202-429-2294
dsolen@masonlawdc.com

*Attorneys for Plaintiff Jon Bandish*

Brian P. Murray
Lee Albert
Brian D. Brooks
MURRAY, FRANKS & SAILER LLP
275 Madison Avenue, 8th Floor
New York, New York 10016
(212) 682-1818
(212) 682-1892

*Attorneys for Plaintiff Jon Bandish*

Stuart C. Talley
KERSHAW CUTTER AND RATINOFF
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-448-9800
Facsimile: 916-448-9800
stalley@kcrlegal.com

*Attorneys for Plaintiff Alex Bohl*

Gregory L. Davis
GREGORY L. DAVIS LLC
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone: 334-832-9080
Facsimile: 334-409-7001
gldavis@knology.net

*Attorneys for Plaintiff William Poff*

William James Doyle, II
John A. Lowther, IV
DOYLE LOWTHER LLP
9466 Black Mountain Road Suite 210
San Diego, CA 92126
Telephone: 619-573-1700
Facsimile: 619-573-1701
bill@doylelowether.com
john@doylelowether.com

*Attorneys for Plaintiff William Poff*

Kimberly A. Kralowec
Robert C. Schubert
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile: 415-788-0161

*Attorneys for Plaintiff Robert Lesko*

James A. Quadra
G. Scott Emblidge
Sylvia M. Sokol
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
(415) 362-3599
(415) 362-2006

*Attorneys for Plaintiff Robert Lesko*

10

Kathleen S. Rogers
LAW OFFICE OF KATHLEEN S. ROGERS
140 Fourteenth Avenue
San Mateo, California 94402
(650) 766-3126

*Attorneys for Plaintiff Robert Lesko*

L. Tracee Lorens
LORENS & ASSOCIATES, APLC
701 "B" Street, Suite 1400
San Diego, California 92101
(619) 239-1233
(619) 239-1178

*Attorneys for Plaintiff Robert Lesko*

Patricia A Meyer
PATRICIA A MEYER AND ASSOCIATES
550 West C Street, Suite 990
San Diego, CA 92101
(619)235-8636
(619)235-0510 (fax)
pmeyer@patmeyer.com

*Attorneys for Plaintiffs Joshua Seiler and David Kauffman*

Charles E. Tompkins, Esq.
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: 617-439-3939
Fax: 617-439-0134

*Attorneys for Plaintiffs Joshua Seiler and David Kauffman*

11

Mark K. Gray
Doris A. Kim
B. Travis Newman
FRANKLIN GRAY & WHITE
505 W. Ormsby Avenue
Louisville, KY 40203
502-637-6000
502-581-1933 (fax)
mgray@franklingrayandwhite.com

*Attorneys for Plaintiff Ryan Bigg*

Doris A. Kim
B. Travis Newman
FRANKLIN GRAY & WHITE
505 W. Ormsby Avenue
Louisville, KY 40202
502-585-2060
502-581-1933 (fax)
DKim@FranklinGrayandWhite.com
tnewman@franklingrayandwhite.com

*Attorneys for Plaintiff Ryan Bigg*

Gilbert Timbrell Adams, III
LAW OFFICES OF GILBERT T ADAMS
1855 Calder Ave
Beaumont, TX 77701
409-835-3000
409-832-6162 (fax)
gilbert@gta-law.com

*Attorneys for Plaintiffs Bryan Roach and Brandon Armstrong*

Mark I Labaton
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
866-386-2531
213-622-6019 (fax)
mlabaton@kreindler.com

*Attorneys for Plaintiff Craig Kennedy*

Kellie Lerner
Hollis Salzman
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
212-907-0700
212-818-0477 (fax)

*Attorneys for Plaintiff Craig Kennedy*

Mark Shane
SHANE AND WHITE LLC
1676 Route 27
Edison, NJ 08817-3449
732-819-9100
732-572-9641 (fax)

*Attorneys for Plaintiff Craig Kennedy*

Marc M Seltzer
Steven G. Sklaver
SUSMAN GODFREY LLP
1901 Avenue of the Stars Suite 950
Los Angeles, CA 90067-6029
310-789-3100
310-789-3150 (fax)
mseltzer@susmangodfrey.com

*Attorneys for Plaintiff Rob Roessler*

Kathleen Currie Chavez
CHAVEZ LAW FIRM P.C.
28 North First Street #2
Geneva, IL 60134
(630)232-4480
gkeg4@aol.com

*Attorneys for Plaintiff John Pearson, Josh Pearson, and Mary Pearson*

Peter Lawrence Currie
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
St. Charles, IL 60174
(630) 862-1130
(630) 845-8982 (fax)
plclaw05@aol.com

*Attorneys for Plaintiff John Pearson, Josh Pearson, and Mary Pearson*

Robert M. Foote
Matthew J. Herman
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
3 North Second Street #300
St. Charles, IL 60174
(630) 232-6333
rmf@foote-meyers.com

*Attorneys for Plaintiff John Pearson, Josh Pearson, and Mary Pearson*

Matthew J. Herman
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street #2
Geneva, IL 60134
(630)232-6333
mherman@foote-meyers.com

*Attorneys for Plaintiff John Pearson, Josh Pearson, and Mary Pearson*

Debra D. Bernstein
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-4476
(404) 253-8488

*Attorneys for Defendant Korg USA, Inc.*

Frank M. Hinman
BINGHAM McCUTCHEN, LLP
Three Embarcadero Center
San Francisco, California 94111
(415) 393-2000
(415) 393-2286

*Attorneys for Defendant Roland Corporation U.S.*

Daniel A. Sasse
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
(949) 263-8400
(949) 263-8414

*Attorneys for Defendant Yamaha Corporation of America*

Raymond P. Boucher
KIESEL BOUCHER & LARSON LLP
8648 Wilshire Blvd.
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiff Kate MacWilliamson*

J. Barton Goplerud
HUDSON MALLANEY & SHINDLER
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 233-4567
Facsimile: (515) 223-8887

*Attorneys for Plaintiff Allen Hale*

Benjamin A. Krass
LAW OFFICES OF MATTHEW PAWA, PC
1280 Centre Street, Suite 230
Newton, MA 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551
Email: bkrass@pawalaw.com

*Attorneys for Plaintiff Gerald Logsdon*

Simon B. Paris
SALTZ MONGELUZZI BARRETT & BENDESKY PC
One Liberty Place, 1650 Market Street 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
Facsimile: (215) 496-0999
Email: sparis@smbb.com

*Attorneys for Plaintiff Mark O'Leary*

Jay Smith
GILBERT & SACKMAN ALC
3699 Wilshire Blvd., Suite 1200
Los Angeles, CA 900102732
Telephone: (323) 938-3000
Facsimile: (323) 937-9139
js@gslaw.org

*Attorneys for Plaintiff Paula Jennings*

Olimpio Lee Squitieri
SQUITIERI & FEARON llp
32 East 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421-6492
Facsimile: (212-421-6553
Email: lee@sfclasslaw.com

*Attorneys for Plaintiff David Giambusso*

Gerard Stranch, IV
BRANSTETTER STRANCH & JENNINGS
227 2nd Avenue, North, Fourt Floor
Nashville, TN 37201-1631
Telephone: (615) 254-8801
Facsimile: (615) 250-3937
Email: gerards@branstetterlaw.com

*Attorneys for Plaintiff, Paula Jennings*

17

Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Room 4290
San Diego, CA  92101-8900

Clerk of the Court
United States District Court
Central District of California, Western Division
Roybal Federal Building
255 East Temple Street
Los Angeles, CA  90012

Clerk of the Court
United States District Court
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

Clerk of the Court
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Clerk of the Court
United States District Court for the
    Eastern District of Texas
Jack Books Federal Building
300 Willow Street
Beaumont, TX 77701