```
THE TERRELL LAW GROUP
REGINALD TERRELL SB#127874
Post Office Box 13315, PMB #148
Oakland, CA 94661
Telephone: 510-237-9700
Facsimile: 510-237-4616

AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FRETTED MUSICAL INSTRUMENTS ANTITRUST LITIGATION, | MDL No.: 09-cv-2121 |
| This document relates to all cases. | **NOTICE OF APPEARANCE OF REGINALD TERRELL** |

### NOTICE OF APPEARANCE

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel will hereby appear in this matter as counsel on behalf of plaintiff Dwayne Wiggins in <u>Dwayne Wiggins v. Guitar Center, Inc., et al.,</u> United States District Court, Northern District of California, Case No.: C10-00631 BZ and hereby requests that all notices and papers electronically filed or served in this matter be served on counsel at the following address:

Reginald Terrell
The Terrell Law Group
Post Office Box 13315, PMB #148
Oakland, CA 94661

Telephone: 510-237-9700
Facsimile: 510-237-4616

PLEASE TAKE FURTHER NOTICE that the foregoing includes not only all notices an d papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

DATED: 2-18-2010

THE TERRELL LAW GROUP
AMAMGBO & ASSOCIATES

By: /s/
THE TERRELL LAW GROUP
REGINALD TERRELL SB#127874
Post Office Box 13315, PMB #148
Oakland, CA 94661
Telephone: 510-237-9700
Facsimile: 510-237-4616

AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025

Attorneys for Plaintiff

1
**CERTIFICATE OF SERVICE**

2   The undersigned, an attorney, affirms that on February 18, 2010, he filed an electronic copy

3   of the foregoing document with the Clerk of the Court using the ECF system which will send

4   notification of such filing to counsel of record.

5   DATED: 2-18-2010                                THE TERRELL LAW GROUP

6                                                  /s/
                                                   THE TERRELL LAW GROUP
7                                          By:     REGINALD TERRELL SB#127874
                                                   Post Office Box 13315, PMB #148
8                                                  Oakland, CA 94661
                                                   Telephone: 510-237-9700
9                                                  Facsimile: 510-237-4616

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28