A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Mar 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAR 29 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 12, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MUSICAL INSTRUMENTS AND
EQUIPMENT ANTITRUST LITIGATION
Dwayne Wiggins v. Guitar Center, Inc., et al.,
N.D. California, C.A. No. 3:10-631

) 09md2121-LAB(POR)
)
) MDL No. 2121

## CONDITIONAL TRANSFER ORDER (CTO-3)

On December 9, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 657 F.Supp.2d 1379 (J.P.M.L. 2009). Since that time, 19 additional actions have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Larry Alan Burns.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Burns.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of December 9, 2009, and, with the consent of that court, assigned to the Honorable Larry Alan Burns.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

I hereby attest and certify on 3/29/10
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

March 29, 2010

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Re: MDL No. 2121 -- IN RE: Musical Instruments and Equipment Antitrust Litigation

(See Attached CTO-3)

Dear Mr. Hamrick:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>March 12, 2010</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Darion Payne
     Darion Payne
     Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:      Judge Larry Alan Burns

JPML Form 36A

IN RE: MUSICAL INSTRUMENTS AND
EQUIPMENT ANTITRUST LITIGATION                                          MDL No. 2121

## PANEL SERVICE LIST (CTO-3)

George C. Aguliar
ROBBINS UMEDA LLP
600 B Street
Suite 1900
San Diego, CA 92101

Donald Chidi Amamgbo
AMAMGBO & ASSOCIATES PLC
7901 Oakport Street
Suite 4900
Oakland, CA 94621

Christopher M. Burke
SCOTT & SCOTT LLP
6424 Santa Monica Boulevard
Los Angeles, CA 90038

Paul C. Cuomo
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard
Suite B
Oak Park, IL 60301

Jeffrey B. Gittleman
BARRACK RODOS & BACINE
2001 Market Street
Suite 3300
Philadelphia, PA 19103

Timothy G. Harvey
RILEY WARNOCK & JACOBSON PLC
1906 West End Avenue
Nashville, TN 37203

Lawrence G. Scarborough
BRYAN CAVE LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406

Olimpio Lee Squitieri
SQUITIERI & FEARON LLP
32 East 57th Street
12th Floor
New York, NY 10022

Ryan F. Stephan
STEPHAN ZOURAS LLP
205 N. Michigan Ave.
Suite 2560
Chicago, IL 60601

Bonny E. Sweeney
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Reginald Von Terrell
TERRELL LAW GROUP
Post Office Box 13315 PMG #148
Oakland, CA 94661

Joseph N. Williams
PRICE WAICUKAUSKI & RILEY LLC
301 Massachusetts Avenue
Indianapolis, IN 46204

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004