ROBBINS GELLER RUDMAN
  & DOWD LLP
BONNY E. SWEENEY (176174)
DAVID W. MITCHELL (199706)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@rgrdlaw.com
davidm@rgrdlaw.com
cmedici@rgrdlaw.com

Attorneys for Plaintiff Colby Giles

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION ) ) ) | No. MDL Docket No. 2121 |
| | JOINT MOTION FOR INITIAL PRETRIAL CONFERENCE |
| This Document Relates To: ) ) | |
| ALL ACTIONS. ) ) ) | |

511116_2

1  Plaintiffs[1] and the defendants identified below[2] in the 30-plus actions subject to the transfer

2  orders of the Judicial Panel on Multidistrict Litigation ("MDL Panel") in *In re Musical Instruments*

3  *and Equipment Antitrust Litigation*, No. 3:09-md-02121-LAB-POR (S.D. Cal.) and cases transferred

4  to this Court pursuant to the "low number" rule, jointly move the Court to schedule an initial pretrial

5  conference.   Counsel for plaintiffs Colby Giles, David Giambusso, Niranjan Parikh, Kate

---

[1]  Counsel for plaintiff Colby Giles (*Giles v. Guitar Center, Inc.*, No. 3:09-cv-02146 (S.D. Cal.), filed September 30, 2009) represents that the plaintiffs in 36 of the 37 other related cases join in this motion. Including the *Giles* case, the 27 cases consolidated in this District by the MDL Panel are:  *Giambusso v. National Association of Music Merchants, Inc.*, No. 3:09-cv-02002 (C.D. Cal.); *Hale v. Guitar Center Inc.*, No. 2:09-cv-06897 (C.D. Cal); *O'Leary v. Guitar Center Inc.*, No. 2:09-cv-07015 (C.D. Cal); *Collins v. Guitar Center, Inc.*, No. 3:09-cv-02151 (S.D. Cal.); *Teller v. Guitar Center, Inc.*, No. 1:09-cv-06104 (N.D. Ill.); *Keel v. Guitar Center, Inc.*, No. 3:09-cv-02156 (S.D. Cal.); *Parikh v. Guitar Center, Inc.*, No. 2:09-cv-07254 (C.D. Cal.); *Manyin v. Guitar Center, Inc.*, No. 1:09-cv-01950 (D.D.C.); *Williamson v. Guitar Center, Inc.*, No. 2:09-cv-07375 (C.D. Cal.); *Cervantes v. Guitar Center, Inc.*, No. 2:09-cv-07526 (C.D. Cal.); *Bandish v. Guitar Center, Inc.*, No. 1:09-cv-01984 (D.D.C.); *Poff, Jr. v. Guitar Center, Inc.*, No. 2:09-cv-07614 (C.D. Cal.); *Cook v. Guitar Center, Inc.*, No. 2:09-cv-07630 (C.D. Cal.); *Melton v. Guitar Center, Inc.*, No. 1:09-cv-02002 (D.D.C.); *Logsdon v. Guitar Center, Inc.*, No. 2:09-cv-07783 (C.D. Cal.); *Tabas v. Guitar Center, Inc.*, No. 1:09-cv-02019 (D.D.C.); *Bigg v. Guitar Center, Inc.*, No. 3:09-cv-00869 (W.D. Ky.); *Roessler v. Guitar Center, Inc.*, No. 2:09-cv-07923 (C.D. Cal.); *Roach v. National Association of Music Merchants, Inc.*, No. 1:09-cv-00940 (E.D. Tex.); *Armstrong v. National Association of Music Merchants, Inc.*, No. 1:09-cv-00942 (E.D. Tex.); *Pearson v. Guitar Center, Inc.*, No. 1:09-cv-06872 (N.D. Ill.); *Kennedy v. National Association of Music Merchants, Inc.*, No. 2:09-cv-07985 (C.D. Cal.); *Jost v. Guitar Center, Inc.*, No. 3:09-cv-00923 (S.D. Ill.); *Jennings v. Guitar Center, Inc.*, No. 2:09-cv-08343 (C.D. Cal.); *Wiggins v. Guitar Center, Inc.*, No 3:10-cv-00631 (N.D. Cal.); and *Smith v. Guitar Center, Inc.*, No. 2:09-cv-08708 (C.D. Cal.).  There are an additional ten cases which were transferred to this Court pursuant to the "low-number" rule: *Witherspoon v. National Association of Music Merchants, Inc.*, No. 3:09-cv-02178 (S.D. Cal.); *Ramsey v. National Association of Music Merchants, Inc.*, No. 3:09-cv-02211 (S.D. Cal.); *Sepulveda v. Guitar Center, Inc.*, No. 3:09-cv-02267 (S.D. Cal.); *Paradise v. National Association of Music Merchants, Inc.*, No. 3:09-cv-02285 (S.D. Cal.); *Bohl v. National Association of Music Merchants, Inc.*, No. 3:09-cv-02332 (S.D. Cal.); *Lesko v. Guitar Center, Inc.*, No. 3:09-cv-02418 (S.D. Cal.); *Seiler v. Guitar Center, Inc.*, No. 3:09-cv-02423 (S.D. Cal.); *Gagnepain v. Guitar Center, Inc.*, No. 3:09-cv-02488 (S.D. Cal.); *Feltheimer v. National Association of Music Merchants, Inc.*, No. 3:10-cv-00075 (S.D. Cal.); and *Kaufman v. National Association of Music Merchants, Inc.* 3:10-cv-00103 (S.D. Cal.). Counsel for plaintiffs Colby Giles, David Giambusso, Niranjan Parikh, Kate MacWilliamson and Jason Paradise consulted with counsel for Walter Witherspoon, however, Mr. Witherspoon does not join in this motion.

[2]  The defendants joining in this motion are: Guitar Center, Inc. ("Guitar Center"); Guitar Center Stores, Inc.; National Association of Music Merchants, Inc. ("NAMM"); Yamaha Corporation of America; Fender Musical Instruments Corp.; Gibson Guitar Corp.; Gibson Musical Instruments Corporation; C.F. Martin & Co., Inc.; and Korg USA, Inc. (collectively, the "defendants").  Plaintiffs have not served the following defendants: Bain Capital, LLC; Peavey Electronics; TASCAM; TEAC Corporation of North America; and TEAC.  Additionally, Dean Markley Electronics, Inc. and D'Addario & Company, Inc. were served, but have yet to enter an appearance.

MDL Docket No. 2121

MacWilliamson and Jason Paradise, and counsel for defendants Guitar Center and NAMM on behalf of all defendants joining in this motion, met and conferred by telephone on March 3, 2010 and reached agreement on the following:

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties jointly request the Court schedule an initial pretrial conference at the Court's convenience and stay the requirements of Rule 26, until after interim lead counsel is selected and a consolidated amended complaint is filed. Defendants informed plaintiffs' counsel that they expect, on the basis of the previously filed complaints, to file a motion to dismiss the consolidated amended complaint in its entirety and seek a stay of discovery until after the Court rules on their motion to dismiss; plaintiffs assert that such a stay is not appropriate.  The parties respectfully suggest that the Court and the parties address the following topics at the initial pretrial conference:

1.      Transfer status of consolidated cases;

2.      The manner in which subsequently filed actions will be treated;

3.      Briefing schedule of interim lead counsel motions;

4.      Deadlines for the filing of an consolidated amended complaint and responsive pleadings or motions;

5.      The timing of an initial case management conference.  The parties propose that prior to the date of this case management conference set by the Court, the parties will file a status report on outstanding issues;

6.      Admission of attorneys; and

7.      Filing, service and docketing.

1    Additionally, plaintiffs' counsel informed defendants' counsel that plaintiffs intend to request at the

2    initial pretrial conference that the Court enter a preservation order.   Defendants believe that a

3    preservation order is unnecessary because defendants are aware of their obligations.

4    DATED:  March 31, 2010                    ROBBINS GELLER RUDMAN
                                                        & DOWD LLP
5                                                    BONNY E. SWEENEY
                                                    DAVID W. MITCHELL
6                                                    CARMEN A. MEDICI

7

8                                                              s/ Bonny E. Sweeney
                                                        BONNY E. SWEENEY
9
                                                    655 West Broadway, Suite 1900
10                                                   San Diego, CA  92101
                                                    Telephone:  619/231-1058
11                                                   619/231-7423 (fax)

12                                                   Attorneys for Plaintiff Colby Giles

13   DATED:  March 31, 2010                    SQUITIERI & FEARON, LLP
                                                    OLIMPIO L. SQUITIERI
14                                                   GARRY T. STEVENS, JR.

15

16                                                            s/ Olimpio L. Squitieri
                                                        OLIMPIO L. SQUITIERI
17
                                                    32 East 57th Street, 12th Floor
18                                                   New York, NY 10022
                                                    Telephone:  212/421-6492
19                                                   212/421-6553 (fax)

20                                                   WEXLER WALLACE LLP
                                                    KENNETH A. WEXLER
21                                                   55 West Monroe Street, Suite 3300
                                                    Chicago, IL 60603-5088
22                                                   Telephone:  312/589-6270
                                                    312/589-6271 (fax)
23
                                                    WEXLER WALLACE LLP
24                                                   MARK J. TAMBLYN
                                                    455 Capitol Mall, Suite 231
25                                                   Sacramento, CA  95814
                                                    Telephone:  916/492-1100
26                                                   916/492-1124 (fax)

27                                                   Attorneys for Plaintiff David Giambusso

28

1  DATED:  March 31, 2010                    SCOTT + SCOTT LLP
                                             CHRISTOPHER M. BURKE
2                                            JOSEPH P. GUGLIELMO
                                             HAL D. CUNNINGHAM
3

4
                                                    s/ Christopher M. Burke
5                                            _____
                                                 CHRISTOPHER M. BURKE
6
                                             600 B Street, Suite 1500
                                             San Diego, CA  92101
7                                            Telephone:  619/233-4565
                                             619/233-0508 (fax)
8
                                             SCOTT + SCOTT LLP
9                                            JOSEPH P. GUGLIELMO
                                             500 5th Avenue, Floor 40
10                                           New York, NY  10110
                                             Telephone:  800/404-7770
11                                           212/223-6364 (fax)

12                                           KIESEL BOUCHER & LARSON LLP
                                             RAYMOND P. BOUCHER
13                                           PAUL R. KIESEL
                                             MICHAEL C. EYERLY
14                                           8648 Wilshire Boulevard
                                             Beverly Hills, CA  90211
15                                           Telephone:  310/854-4444
                                             310/854-0812 (fax)
16
                                             LEOPOLD KUVIN PA
17                                           THEODORE J. LEOPOLD
                                             WILLIAM C. WRIGHT
18                                           2925 PGA Boulevard, Suite 200
                                             Palm Beach Gardens, FL 33410
19                                           Telephone:  561/935-4801
                                             561/515-1401 (fax)
20
                                             Attorneys for Plaintiffs Niranjan Parikh
21                                           and Kate MacWilliamson

22  DATED:  March 31, 2010                    MILBERG LLP
                                             PAUL F. NOVAK
23                                           PETER G. SAFIRSTEIN
                                             PEGGY J. WEDGWORTH
24

25
                                                    s/ Peggy J. Wedgworth
26                                           _____
                                                 PEGGY J. WEDGWORTH

27

28

1

2       One Pennsylvania Plaza
        New York, NY  10119
3       Telephone:  212/594-5300
        212/868-1229 (fax)

4       MILBERG LLP
        JEFF S. WESTERMAN
5       One California Plaza
        300 South Grand Avenue, Suite 3900
6       Los Angeles, CA  90071
        Telephone:  213/617-1200
7       213/617-1975 (fax)

8       Attorneys for Plaintiff Jason Paradise

9    DATED:  March 31, 2010        HANGLEY ARONCHICK SEGAL & PUDLIN
                                    WILLIAM T. HANGLEY
10                                  MONICA L. REBUCK

11

12                                  _____
                                         s/ William T. Hangley
                                         WILLIAM T. HANGLEY
13
                                    One Logan Square, 27th Floor
14                                  Philadelphia, PA 19103
                                    Telephone:  215/568-6200
15                                  215/568-0300 (fax)

16
                                    HANGLEY ARONCHICK SEGAL & PUDLIN
17                                  MONICA L. REBUCK
                                    30 North Third Street, Suite 700
18                                  Harrisburg, PA  17101
                                    Telephone:  717/364-1030
19                                  717/364-1020 (fax)

20                                  Attorneys for Defendant C.F. Martin & Co.

21   DATED:  March 31, 2010        BRYAN CAVE LLP
                                    LAWRENCE G. SCARBOROUGH
22                                  J. ALEX GRIMSLEY

23

24                                  _____
                                         s/ Lawrence G. Scarborough
25                                       LAWRENCE G. SCARBOROUGH

26                                  Two North Central Avenue, Suite 2200
                                    Phoenix, AZ  85004
27                                  Telephone:  602/364-7000
                                    602/364-7070 (fax)

28

1

2                                        Attorneys for Defendant
Fender Musical Instruments Corp.

3 DATED:  March 31, 2010              LATHAM & WATKINS LLP
MARGARET M. ZWISLER

4                                        CHARLES H. SAMEL

5

6                            _____
                         s/ Margaret M. Zwisler
                         MARGARET M. ZWISLER

7

8                                        555 Eleventh Avenue, NW Suite 1000
Washington, DC  20004

9                                        Telephone:  202/637-2200
202/637-2201 (fax)

10                                        LATHAM & WATKINS LLP

11                                        CHARLES H. SAMEL
355 South Grand Avenue

12                                        Los Angeles, CA 90071-1560
Telephone:  213/485-1234

13                                        213/891-8763 (fax)

14                                        Attorneys for Defendants Guitar Center, Inc. and
Guitar Center Stores, Inc.

15

16 DATED:  March 31, 2010              ALSTON & BIRD LLP
DEBRA D. BERNSTEIN

17                                        RODNEY J. GANSKE
JOHN MARK ROCHEFORT

18

19                            _____
                           s/ Debra D. Bernstein

20                          DEBRA D. BERNSTEIN

21                                        One Atlantic Center

22                                        1201 West Peachtree Street
Atlanta, GA 30309

23                                        Telephone: 404/881-7000
404/881-7777 (fax)

24

25                                        ALSTON & BIRD LLP
JOHN MARK ROCHEFORT

26                                        333 South Hope Street
16th Floor

27                                        Los Angeles, CA 90071
Telephone: 213/576-1101

28                                        213/576-1100 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Defendant Korg USA, Inc.

DATED:  March 31, 2010

HOWREY LLP
ROBERT G. ABRAMS
PAUL C. CUOMO


                s/ Robert G. Abrams
              ROBERT G. ABRAMS

1299 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:  202/783-0800
202/383-6610 (fax)

Attorneys for Defendant National Association of
Music Merchants, Inc.

DATED:  March 31, 2010

CROWELL & MORING LLP
DANIEL A. SASSE
CHAHIRA SOLH


                s/ Daniel A. Sasse
              DANIEL A. SASSE

3 Park Plaza
Irvine, CA 92648
Telephone:  949/263-8400
949/263-8414 (fax)

Attorneys for Defendant
Yamaha Corporation of America

ADEMI & O'REILLY LLP
SHPETIM ADEMI
GURI ADEMI
3620 East Layton Avenue
Cudahy, WI 53110
Telephone:  866/264-3995
414/482-8001 (fax)

Additional Counsel for Plaintiff Jason Paradise

AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone:  510/615-6000
510/615-6025 (fax)

Attorneys for Plaintiff Dwayne Wiggins

511116_2

1

2          HEATHER A. BARNES
              ATTORNEY AT LAW

3          86 Longview Drive
              Vacaville, CA  95687

4          Telephone:  317/633-8787
              317/633-8797 (fax)

5          Attorneys for Plaintiff Rory W. Collins

6          BARON & BUDD PC
              BRUCE W. STECKLER

7          DENYSE F. CLANCY
              MELISSA K. HUTTS

8          3102 Oak Lawn Avenue, Suite 1100
              Dallas, TX 75219

9          Telephone:  214/251-3605
              214/520-1181 (fax)

10

11         BARON & BUDD PC
             ERIC L. BROWN

12         9465 Wilshire Boulevard, Suite 460
             Beverly Hills, CA 90212

13         Telephone:  310/860-0476
             310/860-0480 (fax)

14         BARON & BUDD PC
             J. BURTON LEBLANC, IV

15         9015 Bluebonnet Boulevard
             Baton Rouge, LA 70810

16         Telephone:  225/927-5441
             225/927-5449 (fax)

17

18         Attorneys for Plaintiff Rick Kaufman

19         BARRACK RODOS & BACINE
             GERALD J. RODOS

20         JEFFREY B. GITTLEMAN
             3300 Two Commerce Square

21         2001 Market Street
             Philadelphia, PA 19103

22         Telephone:  215/963-0600
             215/963-0838 (fax)

23         BARRACK RODOS & BACINE
             STEPHEN R. BASSER

24         SAMUEL M. WARD
             600 West Broadway, Suite 900

25         San Diego, CA 92101
             Telephone:  619/230-0800

26         619/230-1874 (fax)

27         Attorneys for Plaintiffs Cynthia Sepulveda and
             Mark O'Leary

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRANSTETTER STRANCH
& JENNINGS PLLC
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
STEVEN J. SIMERLEIN
227 2nd Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615/254-8801
615/250-3937 (fax)

Attorneys for Plaintiff Paula Jennings

CAREY & DANIS LLC
MICHAEL J. FLANNERY
JAMES J. ROSEMERGY
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105-3786
Telephone: 314/725-7700
314/721-0905 (fax)

Attorneys for Plaintiffs Jerry Jost
and Kevin Gagnepain

CHAVEZ LAW FIRM P.C.
KATHLEEN C. CHAVEZ
28 North First Street #2
Geneva, IL 60134
Telephone: 630/232-4480

Attorneys for Plaintiffs Josh Pearson, John
Pearson and Mary Pearson

COHEN PLACITELLA & ROTH PC
STEWART L. COHEN
WILLIAM D. MARVIN
JILLIAN A. SMITH
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: 215/567-3500
215/567-6019 (fax)

Attorneys for Plaintiff Daniel T. Smith

DOYLE LOWTHER LLP
WILLIAM J. DOYLE, II
JOHN A. LOWTHER
9466 Black Mountain Road, Suite 210
San Diego, CA 92126
Telephone: 619/573-1700
619/573-1701 (fax)

Attorneys for Plaintiff William S. Poff, Jr.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINE KAPLAN & BLACK, RPC
ROBERTA D. LIEBENERG
RIA C. MOMBLANCO
1835 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215/567-3500
215/567-6019 (fax)

Attorneys for Plaintiff Daniel T. Smith

FOOTE, MEYERS, MIELKE
        & FLOWERS, LLC
ROBERT M. FOOTE
MATTHEW J. HERMAN
3 North Second Street, Suite 300
St. Charles, IL 60174
Telephone: 630/232-6333
630/845 8982 (fax)

Attorneys for Plaintiffs Josh Pearson, John
Pearson and Mary Pearson

FRANKLIN GRAY & WHITE
MARK K. GRAY
DORIS A. KIM
The Speed Mansion
505 W. Ormsby Avenue
Louisville, KY 40202
Telephone: 502/585-2060
502/581-1933 (fax)

Attorneys for Plaintiff Ryan J. Bigg

FREED & WEISS LLC
ERIC D. FREED
JEFFREY A. LEON
111 West Washington Street, Suite 1331
Chicago, IL 60602
Telephone: 866/779-9610
312/220-7777 (fax)

Attorneys for Plaintiff Benn Feltheimer

FRIEDMAN LAW GROUP
GARY B. FRIEDMAN
270 Lafayette Street, 14th Floor
New York, NY 10012
Telephone: 212/680-5150

Attorneys for Plaintiff Russell D. Melton

1

2    GERGOSIAN & GRALEWSKI LLP
     ROBERT J. GRALEWSKI, JR
3    BROOKE E. HODGES
     750 B Street, Suite 1250
4    San Diego, CA 92101
     Telephone:  619/237-9500
5    619/237-9555 (fax)

6    Attorneys for Plaintiff Agustin Cervantes

7    GILBERT & SACKMAN ALC
     LAURIE A. TRAKTMAN
8    JAY E. SMITH
     MICHAEL D. WEINER
9    3699 Wilshire Boulevard, Suite 1200
     Los Angeles, CA 90010-2732
10   Telephone:  323/938-3000
     323/937-9139 (fax)

11   Attorneys for Plaintiff Paula Jennings

12   GILMAN AND PASTOR, LLP
     KENNETH G. GILMAN
13   16 Fourteenth Avenue
     Wareham, MA 02571
14   Telephone:  508/291-8400
     508/291-3258 (fax)

15   Attorneys for Plaintiff Joshua Ramsey

16

17   GIRARD GIBBS LLP
     ELIZABETH C. PRITZKER
18   DANIEL C. GIRARD
     AARON M. SHEANIN
19   601 California Street, Suite 1400
     San Francisco, CA 94108
20   Telephone:  415/981-4800
     415/981-4846 (fax)

21   Attorneys for Plaintiff Joshua Ramsey

22   GOLDMAN SCARLATO & KARON
     MARK S. GOLDMAN
23   BRIAN D. PENNY
     101 West Elm Street,  Suite 360
24   Conshohocken, PA 19428
     Telephone:  484/342-0700
25   484/342-0701 (fax)

26   Attorneys for Plaintiff Richard Tabas

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GUSTAFSON GLUEK PLLC
DANIEL E. GUSTAFSON
DANIEL C. HEDLUND
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone:  612/333-8844
612/339-6622 (fax)

Attorneys for Plaintiff Agustin Cervantes

HAGENS BERMAN SOBOL SHAPIRO LLP
LEE M. GORDON
ELAINE T. BYSZEWSKI
700 S. Flower Street, Suite 2940
Los Angeles, CA 90017
Telephone:  213/330-7150
213/330-7152 (fax)

HAGENS BERMAN SOBOL SHAPIRO LLP
ELIZABETH A. FEGAN
820 North Boulevard, Suite B
Oak Park, IL 60301
Telephone:  708/776-5604
708/776-5601 (fax)

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
ANTHONY D. SHAPIRO
1918 Eighth Ave. Suite 3300
Seattle, WA, 98101
Telephone:  206/623-7292
206/623-0594 (fax)

Attorneys for Plaintiffs Allen Hale, Daniel T.
Smith and Gerald Logsdon

HAUSFELD LLP
MICHAEL HAUSFELD
HILARY K. SCHERRER
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone:  202/540-7200
202/540-7201 (fax)

Attorneys for Plaintiffs Kenneth Manyin, Richard
Tabas and Russell D. Melton

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOLLAND, GROVES, SCHNELLER
& STOLZE LLC
ERIC D. HOLLAND
STEVEN J. STOLZE
300 North Tucker Boulevard, Suite 801
St Louis, MO 63101
Telephone:  314/241-8111
314/241-5554

Attorneys for Plaintiffs Bryan Roach
and Brandon Armstrong

HUDSON, MALLANEY, SHINDLER
& ANDERSON, P.C.
J. BARTON GOPLERUD
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone:  515/223-4567
515/223-8887 (fax)

Attorneys for Plaintiff Allen Hale

KERSHAW CUTTER & RATINOFF LLP
STUART C. TALLEY
JOHN R. PARKER
401 Watt Avenue
Sacramento, CA 95864
Telephone:  916/448-9800
916/448-9800 (fax)

Attorneys for Plaintiff Alex Bohl

KREINDLER AND KREINDLER
MARK I. LABATON
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017
Telephone:  866/386-2531

Attorneys for Plaintiff Craig Kennedy

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LABATON SUCHAROW LLP
HOLLIS SALZMAN
KELLIE LERNER
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477

Attorneys for Plaintiff Craig Kennedy

LAW OFFICE OF GREGORY L. DAVIS LLC
GREGORY L. DAVIS
6987 Halcyon Park Drive
Montgomery, AL 36117
Telephone:  334/832-9080
334/409-7001

Attorneys for Plaintiff William S. Poff, Jr.

LAW OFFICE OF JOHN P. MCCARTHY
JOHN P. MCCARTHY
PHILIP A. STEINBERG
217 Bay Avenue
Somers Point, NJ 08244
Telephone:  609/653-1094
609/653-3029 (fax)

Attorneys for Plaintiff Richard Tabas

LAW OFFICES OF GILBERT T. ADAMS
GILBERT T. ADAMS, III
1855 Calder Avenue at Third Street
P.O. Drawer 3688
Beaumont, TX 77704-3688
Telephone:  409/835-3000
409/832-6162 (fax)

Attorneys for Plaintiffs Bryan Roach
and Brandon Armstrong

LAW OFFICES OF KATHLEEN S. ROGERS
KATHLEEN S. ROGERS
140 Fourteenth Avenue
San Mateo, CA  94402
Telephone:  650/766-3126

Attorneys for Plaintiffs Robert Lesko,
Suzanne Ondre and Lisa Pritchett

1

2
        LAW OFFICES OF MATTHEW F. PAWA PC
        MATTHEW F. PAWA
        MARK R. RIELLY

3
        BENJAMIN A. KRASS
        1280 Centre Street, Suite 230

4
        Newton Centre, MA 02459
        Telephone:  617/641-9550

5
        617/641-9551 (fax)

6
        Attorneys for Plaintiff Gerald Logsdon

7
        LEOPOLD KUVIN PA
        THEODORE J. LEOPOLD

8
        WILLIAM C. WRIGHT
        2925 PGA Boulevard, Suite 200

9
        Palm Beach Gardens, FL 33410
        Telephone:  561/515-1400

10
        561/515-1401 (fax)

11
        Attorneys for Plaintiff Scott Cook

12
        LORENS & ASSOCIATES, APLC
        L. TRACEE LORENS

13
        701 B Street, Suite 1400
        San Diego, CA 92101

14
        Telephone:  619/239-1233
        619/239-1178 (fax)

15
        Attorneys for Plaintiffs Robert Lesko,

16
        Suzanne Ondre and Lisa Pritchett

17
        MASON LLP
        DONNA F. SOLEN

18
        1625 Massachusetts Avenue, NW, Suite 605
        Washington, DC 20036

19
        Telephone:  202/429-2290
        202/429-2294 (fax)

20
        Attorneys for Plaintiff Jon Bandish

21

22
        MOSCONE EMBLIGE & QUADRA LLP
        JAMES A. QUADRA

23
        G. SCOTT EMBLIDGE
        SYLVIA M. SOBOL

24
        220 Montgomery Street, Suite 2100
        San Francisco, CA 94101

25
        Telephone:  415/362- 3599
        415/362-2006 (fax)

26
        Attorneys for Plaintiffs Robert Lesko,
        Suzanne Ondre and Lisa Pritchett

27

28

1

2      MURDOCK GOLDENBERG SCHNEIDER
         & GROH, LPA
3      JEFFREY S. GOLDENBERG
       35 East Seventh Street, Suite 600
4      Cincinnati, OH 45202
       Telephone:  513/345-8291
5      513/345-8294 (fax)

6      Attorneys for Plaintiff Richard Tabas

7      MURRAY FRANK & SAILER LLP
       BRIAN P. MURRAY
8      LEE ALBERT
       BRIAN D. BROOKS
9      275 Madison Avenue, 8th Floor
       New York, NY 10016
10     Telephone:  212/682-1818
       212/682-1892 (fax)

11     Attorneys for Plaintiff Jon Bandish

12     PATRICIA A. MEYER & ASSOCIATES, APC
       PATRICIA A. MEYER
13     444 West C Street, Suite 330
       San Diego, CA 92101
14     Telephone:  619/235-8636
       619/235-0510 (fax)

15     Attorneys for Plaintiffs Joshua Seiler
16     and David Kauffman

17     PRICE WAICUKAUSKI & RILEY LLC
       WILLIAM N. RILEY
18     JOSEPH N. WILLIAMS
       301 Massachusetts Avenue
19     Indianapolis, IN 46204
       Telephone:  317/633-8787
20     317/633-8797 (fax)

21     Attorneys for Plaintiff Rory W. Collins

22     REINHARDT WENDORF & BLANCHFIELD
23     MARK REINHARDT
       GARRETT D. BLANCHFIELD
24     E1250 First National Bank Bldg.
       332 Minnesota Street
25     St. Paul, MN 55101
       Telephone:  651/287-2100
26     651/287-2103 (fax)

27     Attorneys for Plaintiff Russell D. Melton

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RIDOUT & LYON LLP
CHRISTOPHER PAUL RIDOUT
DEVON M. LYON
555 East Ocean Boulevard, Suite 500
Long Beach, CA 90802
Telephone:  562/216-7383
562/216-7385 (fax)

Attorneys for Plaintiff Benn Feltheimer

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
ASHLEY R. PALMER
DAVID L. MARTIN
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiff David Keel

SALTZ MONGELUZZI BARRETT
   & BENDESKY PC
SIMON B. PARIS
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone:  215/496-8282
215/496-0999 (fax)

Attorneys for Plaintiff Mark O'Leary

SHANE AND WHITE LLC
MARK SHANE
1676 Route 27
Edison, NJ 08817-3449
Telephone:  732/819-9100
732/572-9641 (fax)

Attorneys for Plaintiff Craig Kennedy

SHAPIRO HABER & URMY LLP
CHARLES E. TOMPKINS
53 State Street
Boston, MA 02109
Telephone:  617/439-3939
617/439-0134 (fax)

Attorneys for Plaintiffs Joshua Seiler
and David Kauffman

1

2       SPECTOR ROSEMAN KODROFF
              & WILLIS PC
3       JEFFREY L. KODROFF
        JEFFREY J. CORRIGAN
        JAY S. COHEN
4       JONATHAN M. JAGHER
        1818 Market Street, Suite 2500
5       Philadelphia, PA 19103
        Telephone:  215/496-0300
6       215/496-6611 (fax)

7       Attorneys for Plaintiffs Kenneth Manyin and
        Richard Tabas
8

9       STEPHAN ZOURAS, LLP
        JAMES B. ZOURAS
        RYAN F. STEPHAN
10      205 N. Michigan Avenue, Suite 2560
        Chicago, IL 60601
11      Telephone:  312/233-1550
        312/233-1560 (fax)
12

13      Attorneys for Plaintiff Alex Teller

14      SUSMAN GODFREY LLP
        MARC M. SELTZER
        STEVEN G. SKLAVER
15      1901 Avenue of the Stars, Suite 950
        Los Angeles, CA 90067-6029
16      Telephone:  310/789-3100

17      Attorneys for Plaintiff Rob Roessler

18      THE TERRELL LAW GROUP
        REGINALD V. TERRELL
19      P.O. Box 13315, PMB #148
        Oakland, CA  94661
20      Telephone:  510/237-9700
        510/237-4616 (fax)
21

22      Attorneys for Plaintiff Dwayne Wiggins

23      THE KRALOWEC LAW GROUP
        KIMBERLY A. KRALOWEC
        188 Embarcadero, Suite 800
24      San Francisco, CA 94105
        Telephone:  415/546-6800
25      415/546-6801 (fax)

26      Attorneys for Plaintiffs Robert Lesko,
        Suzanne Ondre and Lisa Pritchett
27

28

1

2  THE LAW FIRM OF PETER L. CURRIE, P.C.
   PETER L. CURRIE
   536 Wing Lane
3  St. Charles, IL 60174
   Telephone:  630/862-1130
4  630/845-8982

5  Attorneys for Plaintiffs Josh Pearson, John
   Pearson and Mary Pearson

6
   THE MOGIN LAW FIRM PC
7  DANIEL J. MOGIN
   KRISTY L. FISCHER
8  110 Juniper St.
   San Diego, CA 92101-5305
9  Telephone:  619/687-6611
   619/687-6610 (fax)

10
   Attorneys for Plaintiff Scott Cook
11
                   **ECF CERTIFICATION**
12
        The filing attorney attests that she has obtained concurrence regarding the filing of this
13
   document from the signatories to this document.
14
   DATED:  March 31, 2010          By:   s/ Bonny E. Sweeney
15                                        BONNY E. SWEENEY

16

17

18

19

20

21

22

23

24

25

26

27

28

1        <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on March 31, 2010, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on March 31, 2010.

9

10                                           s/ Bonny E. Sweeney
                                          BONNY E. SWEENEY

11                                        ROBBINS GELLER RUDMAN
                                             & DOWD LLP
12                                        655 West Broadway, Suite 1900
13                                        San Diego, CA  92101
                                          Telephone:  619/231-1058
14                                        619/231-7423 (fax)
                                          E-mail:bonnys@rgrdlaw.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

511116_2

# Mailing Information for a Case 3:09-md-02121-LAB -POR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gilbert Timbrell Adams , III**
  gilbert@gta-law.com

- **Heather A. Barnes**
  heather_ann_barnes@yahoo.com

- **Stephen Richard Basser**
  sbasser@barrack.com,efilesd@barrack.com

- **Walter Moreau Berger**
  bergerc@howrey.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,dawn@hbsslaw.com

- **Raymond P Boucher**
  boucher@kbla.com,sharo@kbla.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-scott.com,efile@scott-scott.com

- **Elaine T. Byszewski**
  elaine@hbsslaw.com

- **Kathleen Currie Chavez**
  gkeg4@aol.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Paul C. Cuomo**
  cuomop@howrey.com

- **Peter Lawrence Currie**
  plclaw05@aol.com

- **Gregory L Davis**
  gldavis@knology.net

- **William James Doyle , II**
  bill@doylelowther.com,john@doylelowther.com

- **Michael C Eyerly**
  eyerly@kbla.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,chi_filings@hbsslaw.com

- **Kristy Fischer**
  kristy@moginlaw.com,kristyfischer@hotmail.com

- **Robert M. Foote**
  rmf@foote-meyers.com

- **Jeffrey B. Gittleman**
  jgittleman@barrack.com,rbranch@barrack.com

- **J Barton Goplerud**
  jbgoplerud@hudsonlaw.net

- **Lee M Gordon**
  lee@hbsslaw.com,JenniferB@hbsslaw.com

- **Robert J Gralewski , JR**
  bob@gergosian.com,johanna@gergosian.com

- **Mark K Gray**
  mgray@franklingrayandwhite.com,mkgrayatty@aol.com,dkim@franklingrayandwhite.com

- **J. Alex Grimsley**
  jagrimsley@bryancave.com,mavilla@bryancave.com

- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com

- **Daniel C Hedlund**
  dhedlund@gustafsongluek.com

- **Matthew J. Herman**
  mherman@foote-meyers.com

- **Brooke E. Hodge**
  brooke@gergosian.com,johanna@gergosian.com

- **Eric Davis Holland**
  eholland@allfela.com

- **Paul R Kiesel**
  kiesel@kbla.com

- **Doris A. Kim**
  DKim@FranklinGrayandWhite.com

- **Mark I Labaton**
  mlabaton@kreindler.com,wkurtz@kreindler.com

- **Ted Leopold**
  tleopold@leopoldkuvin.com

- **Kellie Lerner**
  klerner@labaton.com

- **Garrett Stuart Long**
  garrett.long@lw.com

- **John A. Lowther**
  john@doylelowther.com

- **Todd Lawrence McLawhorn**
  mclawhornt@howrey.com

- **Carmen A. Medici**
  cmedici@csgrr.com,christinas@csgrr.com

- **David G Meyer**
  meyerd@howrey.com

- **David William Mitchell**
  DavidM@csgrr.com,e_file_sd@csgrr.com

- **Daniel J Mogin**
  dan@moginlaw.com

- **B. Travis Newman**
  tnewman@franklingrayandwhite.com

- **John W Peterson**
  jpeterson@rwjplc.com,msuchovsky@rwjplc.com,dgibby@rwjplc.com

- **Jesse Elijah Maram Randolph**
  jesse.randolph@bryancave.com,nikol.kim@bryancave.com,gloria.gomez@bryancave.com,cindy.kuno@bryancave.com

- **Hilary Kathleen Ratway**
  hratway@hausfeldllp.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Gerald Rodos**
  grodos@barrack.com

- **James J. Rosemergy**
  jrosemergy@careydanis.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **Charles Howard Samel**
  charles.samel@lw.com,michael.elisofon@lw.com

- **Daniel A. Sasse**
  dsasse@crowell.com

- **Lawrence G D Scarborough**
  lgscarborough@bryancave.com

- **Merrill S. Schell**
  mschell@wyattfirm.com

- **Marc Morris Seltzer**
  mseltzer@susmangodfrey.com

- **Anthony D Shapiro**
  tony@hbsslaw.com

- **Steven John Simerlein**
  ssimerlein@branstetterlaw.com

- **Steven G Sklaver**
  ssklaver@susmangodfrey.com,srabin@susmangodfrey.com,hdanielson@susmangodfrey.com,dsobczak@susmangodfrey.com

- **Jay Edward Smith**
  js@gslaw.org

- **Donna F. Solen**
  dsolen@masonlawdc.com

- **Chahira Solh**
  csolh@crowell.com

- **Olimpio Lee Squitieri**
  lee@sfclasslaw.com,minerva@sfclasslaw.com

- **Ryan F Stephan**
  rstephan@stephanzouras.com,iweber@stephanzouras.com,mbabowice@stephanzouras.com

- **Garry T. Stevens**
  garry@sfclasslaw.com,minerva@sfclasslaw.com

- **Steven J Stolze**
  stevenstolze@yahoo.com

- **Bonny E Sweeney**
  BonnyS@csgrr.com,Slandry@csgrr.com

- **Mark J Tamblyn**
  mjt@wexlerwallace.com,smb@wexlerwallace.com,nd@wexlerwallace.com,ecf@wexlerwallace.com

- **Reginald Terrell**
  reggiet2@aol.com

- **Laurie A Traktman**
  lat@gslaw.org

- **Matthew W. Walch**
  matthew.walch@lw.com

- **Samuel M Ward**
  sward@barrack.com,efilesd@barrack.com

- **Michael David Weiner**
  mweiner@gslaw.org

- **Kenneth A. Wexler**
  kaw@wexlerwallace.com,emv@wexlerwallace.com

- **Michael S. Wise**
  wisem@howrey.com

- **William C. Wright**
  wwright@leopoldkuvin.com

- **David Alan Zetoony**
  david.zetoony@bryancave.com

- **James B. Zouras**
  jzouras@stephanzouras.com,iweber@stephanzouras.com,mbabowice@stephanzouras.com

- **Margaret M. Zwisler**
  margaret.zwisler@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Benjamin A Krass
Law Offices of Matthew F Pawa PC
1280 Centre Street Suite 230
Newton Centre, MA 02459

Simon B Paris
Saltz Mongeluzzi Barrett and Bendesky PC
1650 Market Street 52nd Floor
Philadephia, PA 19103

Matthew F Pawa
```

Law Offices of Matthew F Pawa PC
1280 Centre Street Suite 230
Newton Centre, MA 02459

**Mark R Rielly**
Law Offices of Matthew F Pawa PC
1280 Centre Street Suite 230
Newton Centre, MA 02459

**Mark Shane**
Shane and White LLC
1676 Route 27
Edison, NJ 08817-3449

**J Gerard Stranch**                                                  **, IV**
Branstetter Stranch & Jennings
227 Second Avenue North  4th Floor
Nashville, TN 37201-1631

**James G Stranch**                                                   **, III**
Branstetter Kilgore Stranch and Jennings PLLC
227 2nd Avenue North  4th Floor
Nashville, TN 37201-1631