Attorney for   Allen Hale, Gerald Logsdon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  Musical Instruments and Equipment Antitrust Litigation<br><br>vs. | Case No.  3:09-md-2121-LAB-POR<br><br>NOTICE OF CHANGE OF ADDRESS |

<u>NOTICE OF CHANGE OF ADDRESS</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT  Elizabeth A. Fegan has changed _____ names, _____ firms, __✓__ addresses, __✓__ phone numbers, and/or __✓__ fax numbers as follows.

Current contact information:

Hagens Berman Sobol Shapiro LLP
1144 West Lake Street
Suite 400
Oak Park, IL  60301-1043

DATED: 04/28/10                              Signature: _____

2

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing NOTICE OF CHANGE OF OFFICE ADDRESS was filed and served electronically via the CM/ECF system to all counsel of record on this 28th day of April 2010.

s/ Elizabeth A. Fegan

Case 3:09-md-02121-LAB -POR   Document 12   Filed 04/28/10   Page 3 of 3