Daniel C. Girard (SBN # 114826)
dcg@girardgibbs.com
Elizabeth C. Pritzker (SBN # 146267)
ecp@girardgibbs.com
Aaron M. Sheanin (SBN # 214472)
ams@girardgibbs.com
**GIRARD GIBBS, LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Counsel for Plaintiffs Joshua Ramsey and Jeremy Haskell

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION,<br><br>This Document Refers To All Actions. | Case No. 3:09-md-02121-LAB-POR<br><br>CLASS ACTION<br><br>PLAINTIFFS JOSHUA RAMSEY'S AND JEREMY HASKELL'S<br><br>1.  NOTICE OF APPEARANCE;<br><br>and<br><br>2.  STATEMENT RE: AGENDA ITEMS PLAINTIFFS WISH TO DISCUSS AT STATUS CONFERENCE<br><br>Honorable Larry A. Burns<br><br>Date:        May 28, 2010<br>Time:       11:30 a.m<br>Location:  Courtroom 9, 2nd Floor |

# NOTICE OF INTENT TO APPEAR

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's Order Setting Status Conference (Dkt. No. 14), please take notice that the following counsel intend to appear personally on behalf of Plaintiffs Joshua Ramsey and Jeremy Haskell at the Status Conference on May 28, 2010 at 11:30 a.m.:

> Elizabeth C. Pritzker (SBN # 146267)
> GIRARD GIBBS LLP
> 601 California Street, Suite 1400
> San Francisco, CA 94108
> Telephone: (415) 981-4800
> Facsimile:  (415) 981-4846

Mr. Ramsey and Mr. Haskell are named plaintiffs in *Ramsey et. al. v. NAMM, Inc., et al.*, Case No. 09-cv-0221-POR, a related action that has been transferred and consolidated in this Court pursuant to Civil Local Rule 40.1(d)-(h).  Ms. Pritzker and the Girard Gibbs law firm are plaintiffs' counsel of record in that action.

## STATEMENT OF ITEMS PLAINTIFFS WISH TO DISCUSS
## AT STATUS CONFERENCE

The Court's Order Setting Status Conference provides that the Court may address certain matters mentioned in the Joint Motion for Initial Pretrial Conference (Dkt. No. 8 in Case No. 09-md-2121) (hereinafter "Joint Motion"), as appropriate.  In addition to the other matters set forth in the Court's Order, one matter mentioned in the Joint Motion that plaintiffs Ramsey and Haskell request the Court address at the Status Conference is a procedure for receiving submissions by firms or attorneys that seek to be appointed as interim lead counsel for the putative plaintiff class.  *See* Dkt. No. 8, at 2:14 (referencing a briefing schedule for interim lead counsel motions).

- 1 -

PLAINTIFF JOSHUA RAMSEY'S & JEREMY HASKELL'S NOTICE OF
APPEARANCE AND STATEMENT RE: AGENDA ITEMS PLAINTIFFS
WISH TO DISCUSS AT STATUS CONFERENCE       No. 3:09-md-02121-LAB-POR

The *Manual for Complex Litigation, Fourth* (Federal Judicial Center, 2008) ("*Manual*"), discusses the importance of the Court's involvement, at the outset of the case, in establishing procedures under which interim lead counsel may be selected to act on behalf of other counsel and their clients with respect to specified aspects of the litigation, and to speak about and coordinate litigation-related activities with the Court, the defendants and their counsel. *See Manual*, Section 10.2.

As it is anticipated that there will be firms and attorneys competing for appointment as plaintiffs' interim lead counsel, plaintiffs Ramsey and Haskell respectfully request that your Honor address at the upcoming Status Conference the procedures the Court intends to use in evaluating submissions from plaintiffs' counsel and selecting interim lead counsel in this matter. *See Manual*, Sections 10.22-10.224, 21.27-21.272.

Dated:  May 20, 2010

Respectfully submitted,

By:   */s/ Elizabeth C. Pritzker*

Daniel C. Girard
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Counsel for Plaintiffs Joshua Ramsey
and Jeremy Haskell

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via U.S. Mail to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct. Executed on May 20, 2010.

                                                /s/ Elizabeth C. Prtizker

# Mailing Information for a Case 3:09-md-02121-LAB -POR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert G. Abrams**
  abramsr@howrey.com

- **Gilbert Timbrell Adams , III**
  gilbert@gta-law.com

- **George C Aguilar**
  gaguilar@robbinsumeda.com,notice@robbinsumeda.com

- **Donald Chidi Amamgbo , Esq**
  donald@amamgbolaw.com

- **William Gordon Ball**
  gball@ballandscott.com,ddaugherty@ballandscott.com

- **Heather A. Barnes**
  heather_ann_barnes@yahoo.com

- **Stephen Richard Basser**
  sbasser@barrack.com,efilesd@barrack.com,lnapoleon@barrack.com

- **Walter Moreau Berger**
  bergerc@howrey.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,dawn@hbsslaw.com

- **Raymond P Boucher**
  boucher@kbla.com,sharo@kbla.com

- **W David Bridgers**
  dbridgers@ncalharwell.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-scott.com,efile@scott-scott.com

- **Elaine T. Byszewski**
  elaine@hbsslaw.com

- **Kathleen Currie Chavez**
  gkeg4@aol.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Paul C. Cuomo**
  cuomop@howrey.com

- **Peter Lawrence Currie**
  plclaw05@aol.com

- **Gregory L Davis**
  gldavis@knology.net

- **William James Doyle , II**

bill@doylelowther.com,john@doylelowther.com

- **Michael C Eyerly**
  eyerly@kbla.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,chi_filings@hbsslaw.com

- **Kristy Fischer**
  kristy@moginlaw.com,kristyfischer@hotmail.com

- **Robert M. Foote**
  rmf@foote-meyers.com

- **Jeffrey B. Gittleman**
  jgittleman@barrack.com,rbranch@barrack.com

- **J Barton Goplerud**
  jbgoplerud@hudsonlaw.net

- **Lee M Gordon**
  lee@hbsslaw.com,JenniferB@hbsslaw.com

- **Robert J Gralewski , JR**
  bob@gergosian.com,johanna@gergosian.com

- **Mark K Gray**
  mgray@franklingrayandwhite.com,mkgrayatty@aol.com,dkim@franklingrayandwhite.com

- **J. Alex Grimsley**
  jagrimsley@bryancave.com,mavilla@bryancave.com

- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com

- **Daniel C Hedlund**
  dhedlund@gustafsongluek.com

- **Matthew J. Herman**
  mherman@foote-meyers.com

- **Brooke E. Hodge**
  brooke@gergosian.com,johanna@gergosian.com

- **Eric Davis Holland**
  eholland@allfela.com

- **Paul R Kiesel**
  kiesel@kbla.com

- **Doris A. Kim**
  DKim@FranklinGrayandWhite.com

- **Kimberly A. Kralowec**
  kkralowec@kraloweclaw.com,ggray@kraloweclaw.com

- **Mark I Labaton**
  mlabaton@kreindler.com,wkurtz@kreindler.com

- **Ted Leopold**
  tleopold@leopoldkuvin.com

- **Kellie Lerner**
  klerner@labaton.com

- **Garrett Stuart Long**
  garrett.long@lw.com

- **John A. Lowther**
  john@doylelowther.com

- **Wallace A McDonald**
  mcdonald@ballandscott.com

- **Todd Lawrence McLawhorn**
  mclawhornt@howrey.com

- **Carmen A. Medici**
  cmedici@rgrdlaw.com,e_file_sd@rgrdlaw.com,christinas@rgrdlaw.com

- **David G Meyer**
  meyerd@howrey.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel J Mogin**
  dan@moginlaw.com

- **B. Travis Newman**
  tnewman@franklingrayandwhite.com

- **Randall D Noel**
  randy.noel@butlersnow.com

- **Bernard Persky**
  bpersky@labaton.com,drogers@labaton.com

- **John W Peterson**
  jpeterson@rwjplc.com,msuchovsky@rwjplc.com,dgibby@rwjplc.com

- **Jesse Elijah Maram Randolph**
  jesse.randolph@bryancave.com,nikol.kim@bryancave.com,gloria.gomez@bryancave.com,cindy.kuno@bryancave.com

- **Hilary Kathleen Ratway**
  hratway@hausfeldllp.com

- **Brian J Robbins**
  notice@robbinsumeda.com

- **Gerald Rodos**
  grodos@barrack.com

- **James J. Rosemergy**
  jrosemergy@careydanis.com

- **Hollis Salzman**
  hsalzman@labaton.com

- **Charles Howard Samel**
  charles.samel@lw.com,michael.elisofon@lw.com

- **James F Sanders**
  jsanders@nealharwell.com

- **Daniel A. Sasse**
  dsasse@crowell.com

- **Lawrence G D Scarborough**

  lgscarborough@bryancave.com

- **Merrill S. Schell**
  mschell@wyattfirm.com

- **Marc Morris Seltzer**
  mseltzer@susmangodfrey.com

- **Mark Shane**
  mshane@shaneandwhite.com

- **Anthony D Shapiro**
  tony@hbsslaw.com

- **Steven John Simerlein**
  ssimerlein@branstetterlaw.com

- **Steven G Sklaver**
  ssklaver@susmangodfrey.com,srabin@susmangodfrey.com,hdanielson@susmangodfrey.com,dsobczak@susmangodfrey.com

- **Jay Edward Smith**
  js@gslaw.org

- **Sylvia M Sokol**
  sokol@mesllp.com,omar@mesllp.com

- **Donna F. Solen**
  dsolen@masonlawdc.com

- **Chahira Solh**
  csolh@crowell.com

- **Olimpio Lee Squitieri**
  lee@sfclasslaw.com,minerva@sfclasslaw.com

- **Ryan F Stephan**
  rstephan@stephanzouras.com,iweber@stephanzouras.com,mbabowice@stephanzouras.com

- **Garry T. Stevens**
  garry@sfclasslaw.com,minerva@sfclasslaw.com

- **Steven J Stolze**
  stevenstolze@yahoo.com

- **J Gerard Stranch , IV**
  gstranch@branstetterlaw.com

- **James G Stranch , III**
  jims@branstetterlaw.com

- **Bonny E Sweeney**
  BonnyS@rgrdlaw.com,Slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Mark J Tamblyn**
  mjt@wexlerwallace.com,je@wexlerwallace.com,nd@wexlerwallace.com,ecf@wexlerwallace.com

- **Reginald Terrell**
  reggiet2@aol.com

- **Laurie A Traktman**
  lat@gslaw.org

- **Matthew W. Walch**
  matthew.walch@lw.com

- **Samuel M Ward**
  sward@barrack.com,efilesd@barrack.com

- **Michael David Weiner**
  mweiner@gslaw.org

- **Jeff S Westerman**
  jwesterman@milberg.com,mbowman@milberg.com,cchaffins@milberg.com

- **Kenneth A. Wexler**
  kaw@wexlerwallace.com,emv@wexlerwallace.com

- **Michael S. Wise**
  wisem@howrey.com,PetreT@Howrey.com,PenfieldM@Howrey.com,StapletonJ@Howrey.com

- **William C. Wright**
  wwright@leopoldkuvin.com

- **David Alan Zetoony**
  david.zetoony@bryancave.com

- **James B. Zouras**
  jzouras@stephanzouras.com,iweber@stephanzouras.com,mbabowice@stephanzouras.com

- **Margaret M. Zwisler**
  margaret.zwisler@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Simon B Paris
Saltz Mongeluzzi Barrett and Bendesky PC
1650 Market Street 52nd Floor
Philadephia, PA 19103

Matthew F Pawa
Law Offices of Matthew F Pawa PC
1280 Centre Street Suite 230
Newton Centre, MA 02459
```