# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  National Association of Music Merchants, Musical Instruments and Equipment Antitrust Litigation | MDL No. 2121<br><br>(USDC Case Nos. 09cv2002, 09cv2146, 09cv2151, 09cv2211, 09cv2267, 09cv2285, 09cv2332, 09cv2418, 09cv2423)<br><br>**ORDER RE: SUPPLEMENT TO APPLICATIONS FOR APPOINTMENT AS LEAD-LIAISON COUNSEL** |

The Court has received two applications for appointment as lead-liaison counsel, but requires additional information before making its decision.  The two applicants are Girard Gibbs, LLP, and Robbins Geller Rudman & Dowd LLP.  Robbins Geller proposes to utilize a steering committee of three other firms.  The applicants are to provide a good-faith estimate of the total number of hours required to have all the cases trial-ready (taking into account all work, including efforts at settlement), and also a statement of the firms' hourly billing rates.  In the case of Robbins Geller, the billing rates for each of the proposed steering committee members should be provided as well.  The applicants may provide additional information explaining how they reached their estimate if they wish.

The information is to be emailed to the Court at efile_burns@casd.uscourts.gov by 5:00 p.m. on Friday, June 25, 2010.  If either of the applicants requires additional

information or explanation, they should contact Judge Burns' chambers.  The Court intends to make its decision as soon as feasible after it receives this information.

**IT IS SO ORDERED.**

DATED: June 24, 2010

*[signature]*

**HONORABLE LARRY ALAN Burns**
United States District Judge