Daniel C. Girard (SBN # 114826)
 dcg@girardgibbs.com
Elizabeth C. Pritzker (SBN # 146267)
 ecp@girardgibbs.com
Aaron M. Sheanin (SBN # 214472)
 ams@girardgibbs.com
Christina C. Sharp (SBN# 245869)
 chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Lead-Liaison Counsel for Plaintiffs*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:  MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION** | No. MDL 2121 |
| | **NOTICE OF ERRATA** |
| This Document Relates To: | DEMAND FOR JURY TRIAL |
| ALL ACTIONS | |

PLEASE TAKE NOTICE THAT the Consolidated Class Action Complaint filed on July 16, 2010, inadvertently transposed certain information concerning named plaintiffs Kenneth Manyin and Alexander Teller.  The relevant paragraphs of the Consolidated Class Action Complaint should read as follows:

16. Plaintiff Kenneth Manyin is a resident of Cherry Hill, New Jersey.  During the Class Period, Mr. Manyin purchased a Fender FB-54 Banjo and a Gibson Epiphone EB-0 electric bass from a Guitar Center retail store in New Jersey.

25. Plaintiff Alexander Teller is a resident of Chicago, Illinois.  During the Class Period, Mr. Teller purchased a Fender Rumble 100 Combo guitar amplifier from a Guitar Center retail store in Illinois.

DATED:  July 23, 2010

Respectfully submitted,

**GIRARD GIBBS LLP**


By: */s/ Elizabeth C. Pritzker*
    Elizabeth C. Pritzker

Daniel C. Girard
Aaron M. Sheanin
Christina C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Lead-Liaison Counsel for Plaintiffs*

---

1

IN RE:  MUSICAL INSTRUMENTS & EQUIPMENT ANTITRUST LITIGATION, NO. MDL 2121
NOTICE OF ERRATA

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2010 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 23, 2010.

                                                               /s/   *Elizabeth C. Pritzker*
                                                            Elizabeth C. Pritzker

                                                            GIRARD GIBBS LLP
                                                            601 California Street, 14th Floor
                                                            San Francisco, CA 94108
                                                            Telephone:  (415) 981-4800
                                                            Facsimile:  (415) 981-4846

2
IN RE:  MUSICAL INSTRUMENTS & EQUIPMENT ANTITRUST LITIGATION, NO. MDL 2121
NOTICE OF ERRATA