Daniel J. Mogin (95624, dmogin@moginlaw.com)
Matthew T. Sinnott (229468, msinnott@moginlaw.com)
Kristy L. Fischer (Of Counsel, 231054, kristy@moginlaw.com)
**THE MOGIN LAW FIRM, P.C.**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:(619) 687-6611
Facsimile: (619) 687-6610

Attorneys for Plaintiff Scott Cook

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION | No. MDL Docket No. 2121 |
| This Document Relates To: | NOTICE OF INTENTION TO APPEAR IN PERSON AT SEPTEMBER 15, 2010 STATUS CONFERENCE |
| *Cook v. Guitar Center, Inc. et al.* No. 2:09-cv-07630-GW-PJW | |

{00024342.}
NOTICE OF INTENTION TO APPEAR AT SEPTEMBER 15, 2010 STATUS CONFERENCE

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to this Court's Order Rescheduling Status

3  Conference dated July 23, 2010, Daniel Mogin of THE MOGIN LAW FIRM, P.C., hereby gives

4  notice that he will appear in person at the Status Conference on September 15, 2010.

5                                            Respectfully Submitted,

7  DATED: August 26, 2010                THE MOGIN LAW FIRM, P.C.
                                                    DANIEL J. MOGIN
8                                                    MATTHEW T. SINNOTT
                                                  KRISTY L. FISCHER

10                                                   /s/Daniel J. Mogin
                                                  DANIEL J. MOGIN

12                                                   707 Broadway, Suite 1000
                                                  San Diego, CA 92101
13                                                   Telephone: 619/687-6611
                                                  619/687-6610 (fax)

15                                                   Attorneys for Plaintiff Scott Cook

28  {00024342.}                                  - 1 -

NOTICE OF INTENTION TO APPEAR AT SEPTEMBER 15, 2010 STATUS CONFERENCE

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2010.

                     s/ Daniel J. Mogin
                     DANIEL J. MOGIN

THE MOGIN LAW FIRM, P.C.

707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/687-6611
619/687-6610 (fax)
E-mail: dmogin@moginlaw.com

Attorneys for Plaintiff Scott Cook

{00024343.}

MDL Docket No. 2121

## Mailing Information for Case 3:09-md-02121-LAB –POR

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gilbert Timbrell Adams, III**
  gilbert@gta-law.com

- **Heather A. Barnes**
  heather_ann_barnes@yahoo.com

- **Stephen Richard Basser**
  sbasser@barrack.com,efilesd@barrack.com

- **Walter Moreau Berger**
  bergerc@howrey.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,dawn@hbsslaw.com

- **Raymond P. Boucher**
  boucher@kbla.com,sharo@kbla.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-scott.com,efile@scott-scott.com

- **Elaine T. Byszewski**
  elaine@hbsslaw.com

- **Kathleen Currie Chavez**
  gkeg4@aol.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Paul C. Cuomo**
  cuomop@howrey.com

- **Peter Lawrence Currie**
  plclaw05@aol.com

- **Gregory L. Davis**
  gldavis@knology.net

- **William James Doyle, II**
  bill@doylelowther.com,john@doylelowther.com

{00022856.}

- Michael C. Eyerly
  eyerly@kbla.com

- Elizabeth A. Fegan
  beth@hbsslaw.com,chi_filings@hbsslaw.com

- Kristy Fischer
  kristy@moginlaw.com,kristyfischer@hotmail.com

- Robert M. Foote
  rmf@foote-meyers.com

- Jeffrey B. Gittleman
  jgittleman@barrack.com, rbranch@barrack.com

- J. Barton Goplerud
  jbgoplerud@hudsonlaw.net

- Lee M. Gordon
  lee@hbsslaw.com,JenniferB@hbsslaw.com

- Robert J. Gralewski, JR
  bob@gergosian.com,johanna@gergosian.com

- Mark K. Gray
  mgray@franklingrayandwhite.com,mkgrayatty@aol.com,dkim@franklingrayandwhite.com

- J. Alex Grimsley
  jagrimsley@bryancave.com,mavilla@bryancave.com

- Daniel E. Gustafson
  dgustafson@gustafsongluek.com

- Daniel C. Hedlund
  dhedlund@gustafsongluek.com

- Matthew J. Herman
  mherman@foote-meyers.com

- Brooke E. Hodge
  brooke@gergosian.com,johanna@gergosian.com

- Eric Davis Holland
  eholland@allfela.com

- Paul R. Kiesel
  kiesel@kbla.com

- **Doris A. Kim**
  DKim@FranklinGrayandWhite.com

- **Mark I. Labaton**
  mlabaton@kreindler.com,wkurtz@kreindler.com

- **Ted Leopold**
  tleopold@leopoldkuvin.com

- **Kellie Lerner**
  klerner@labaton.com

- **Garrett Stuart Long**
  garrett.long@lw.com

- **John A. Lowther**
  john@doylelowther.com

- **Todd Lawrence McLawhorn**
  mclawhornt@howrey.com

- **Carmen A. Medici**
  cmedici@csgrr.com,christinas@csgrr.com

- **David G. Meyer**
  meyerd@howrey.com

- **David William Mitchell**
  DavidM@csgrr.com,e_file_sd@csgrr.com

- **Daniel J. Mogin**
  dan@moginlaw.com

- **B. Travis Newman**
  tnewman@franklingrayandwhite.com

- **John W Peterson**
  jpeterson@rwjplc.com,msuchovsky@rwjplc.com,dgibby@rwjplc.com

- **Jesse Elijah Maram Randolph**
  jesse.randolph@bryancave.com,nikol.kim@bryancave.com,gloria.gomez@bryancave.com, cindy.kuno@bryancave.com

- **Hilary Kathleen Ratway**
  hratway@hausfeldllp.com

- **Brian J. Robbins**
  notice@robbinsumeda.com

- Gerald Rodos
  grodos@barrack.com

- James J. Rosemergy
  jrosemergy@careydanis.com

- Hollis Salzman
  hsalzman@labaton.com

- Charles Howard Samel
  charles.samel@lw.com,michael.elisofon@lw.com

- Daniel A. Sasse
  dsasse@crowell.com

- Lawrence G D Scarborough
  lgscarborough@bryancave.com

- Merrill S. Schell
  mschell@wyattfirm.com

- Marc Morris Seltzer
  mseltzer@susmangodfrey.com

- Anthony D. Shapiro
  tony@hbsslaw.com

- Steven John Simerlein
  ssimerlein@branstetterlaw.com

- Steven G. Sklaver
  ssklaver@susmangodfrey.com,srabin@susmangodfrey.com,hdanielson@susmangodfrey.com
  dsobczak@susmangodfrey.com

- Jay Edward Smith
  js@gslaw.org

- Donna F. Solen
  dsolen@masonlawdc.com

- Chahira Solh
  csolh@crowell.com

- Olimpio Lee Squitieri
  lee@sfclasslaw.com,minerva@sfclasslaw.com

- Ryan F. Stephan
  rstephan@stephanzouras.com,iweber@stephanzouras.com,mbabowice@stephanzouras.com

- Garry T. Stevens
  garry@sfclasslaw.com,minerva@sfclasslaw.com

- Steven J. Stolze
  stevenstolze@yahoo.com

- Bonny E. Sweeney
  BonnyS@csgrr.com,Slandry@csgrr.com

- Mark J. Tamblyn
  mjt@wexlerwallace.com,smb@wexlerwallace.com,nd@wexlerwallace.com,
  ecf@wexlerwallace.com

- Reginald Terrell
  reggiet2@aol.com

- Laurie A. Traktman
  lat@gslaw.org

- Matthew W. Walch
  matthew.walch@lw.com

- Samuel M. Ward
  sward@barrack.com,efilesd@barrack.com

- Michael David Weiner
  mweiner@gslaw.org

- Kenneth A. Wexler
  kaw@wexlerwallace.com,emv@wexlerwallace.com

- Michael S. Wise
  wisem@howrey.com

- William C. Wright
  wwright@leopoldkuvin.com

- David Alan Zetoony
  david.zetoony@bryancave.com

- James B. Zouras
  jzouras@stephanzouras.com,iweber@stephanzouras.com,mbabowice@stephanzouras.com

- Margaret M. Zwisler
  margaret.zwisler@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jonathan S. Feld**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

**Michael J Flannery**
Carey & Danis LLC
8235 Forsyth
Suite 1100
St. Louis, MO 63105

**William T. Hangley**
Hangley Aronchick Segal & Pudlin
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103

**Allyson Maltas**
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004

**Blake M. Mills**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

**Simon B. Paris**
Saltz Mongeluzzi Barrett and Bendesky PC
1650 Market Street 52nd Floor
Philadephia, PA 19103

**Matthew F. Pawa**
Law Offices of Matthew F Pawa PC
1280 Centre Street Suite 230
Newton Centre, MA 02459

{00022856.}

**Mazin A. Sbaiti**
Baron & Budd PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

**Douglas G. Thompson, Jr.**
Finkelstein Thompson LLP
1050 30th Street, N.W.
Washington, DC 20007