JOSEPH W. COTCHETT (36324)
STEVEN N. WILLIAMS (175489)
NEIL J. SWARTZBERG (215133)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nswartzberg@cpmlegal.com

*Counsel for Plaintiff Johan Edward Rigor*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NATIONAL ASSOCIATION OF MUSIC MERCHANTS, MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION, | **MDL No. 2121** <br><br> **CLASS ACTION** <br><br> **NOTICE OF APPEARANCE** |
| This Document Refers To All Actions. | Honorable Larry A. Burns <br> Location: Courtroom 9, 2nd Floor |

**NOTICE OF APPEARANCE**
**Case No. 09-md-02121 LAB-POR**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Steven N. Williams of Cotchett, Pitre & McCarthy hereby enters appearance as counsel for Plaintiff Johan Edward Rigor in the above-captioned matter, and asks that service of all papers and notice herein be served upon.

Dated: August 31, 2010                Respectfully Submitted,

**COTCHETT, PITRE & McCARTHY**

By:     /s/ *Steven N. Williams*
            Steven N. Williams

Joseph W. Cotchett
Steven N. Williams
Neil J. Swartzberg
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiff Johan Edward Rigor*

**NOTICE OF APPEARANCE**
**Case No. 09-md-02121 LAB-POR**

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Case Management (CM)/Electronic Filing System (ECF) system in the United States District Court for the Southern District of California, on all parties registered for e-filing in the above-referenced matter. Counsel of record are required by the Court to be registered users, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct. Executed on August 31, 2010.

/s/ *Steven N. Williams*
Steven N. Williams

NOTICE OF APPEARANCE
Case No. 09-md-02121 LAB-POR

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

2