Daniel C. Girard (SBN 114826)
  dcg@girardgibbs.com
Elizabeth C. Pritzker (SBN 146267)
  ecp@girardgibbs.com
Aaron M. Sheanin (SBN 214472)
  ams@girardgibbs.com
Philip B. Obbard (SBN 135372)
  pbo@girardgibbs.com
Christina C. Sharp (SBN 245869)
  chc@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Lead-Liaison Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION** | No. MDL 2121 |
| | CLASS ACTION |
| This Document Relates To: | **STATEMENT IN RESPONSE TO COURT'S INQUIRY AT THE NOVEMBER 1, 2010 HEARING REGARDING FRETTED INSTRUMENT AND GUITAR AMPLIFIER PRODUCTS PURCHASED BY NAMED PLAINTIFFS** |
| ALL ACTIONS | |
| | Honorable Larry A. Burns |
| | Location: Courtroom 9, 2nd Floor |
| | Date: November 1, 2010 |
| | Time: 12:15 a.m. |

STATEMENT IN RESPONSE TO COURT'S INQUIRY RE: FRETTED INSTRUMENTS AND GUITAR AMPLIFIER
PRODUCTS PURCHASED BY NAMED PLAINTIFFS
CASE NO. 09-MD-02121-LAB-POR

Lead-Liaison Counsel for Plaintiffs submits the following statement in response to the Court's inquiry at the November 1, 2010 hearing regarding the fretted instruments and guitar amplifier products purchased by the named Plaintiffs during the relevant period. Plaintiffs identify their specific purchases in paragraphs 11 through 25 of the Consolidated Class Action Complaint ("Complaint"). The product category types, and the number of product purchases in each product category, are summarized below.

| **Product Category** | **Number Purchased by Named Plaintiffs** |
|---|---|
| Acoustic Guitar | 5 |
| Banjo | 1 |
| Bass Guitar | 2 |
| Electric Guitar | 11 |
| Mandolin | 0 |
| Guitar Amplifier | 5 |

DATED: November 3, 2010

Respectfully submitted,

**GIRARD GIBBS LLP**

By:  /s/   Elizabeth C. Pritzker

Daniel C. Girard
Aaron M. Sheanin
Philip B. Obbard
Christina C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Lead-Liaison Counsel for Plaintiffs

STATEMENT IN RESPONSE TO COURT'S INQUIRY RE: FRETTED INSTRUMENTS AND GUITAR AMPLIFIER
PRODUCTS PURCHASED BY NAMED PLAINTIFFS
CASE NO. 09-MD-02121-LAB-POR

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2010 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on the 3rd of November, 2010.

 /s/    Elizabeth C. Pritzker

GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846