Eric H. Gibbs (SBN 178658)
Elizabeth C. Pritzker (SBN 146267)
Geoff A. Munroe (SBN 228590)
Amy M. Zeman (SBN 273100)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
E-mail: ehg@girardgibbs.com
ecp@girardgibbs.com
gam@girardgibbs.com
amz@girardgibbs.com

Lead-Liaison Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**IN RE: MUSICAL INSTRUMENTS AND EQUIPMENT ANTITRUST LITIGATION**

This Document Relates To:

ALL ACTIONS

Case No. 09-md-02121-LAB-POR

MDL No. 2121

CLASS ACTION

**JOINT MOTION FOR COURT APPROVAL OF STIPULATION TO EXTEND DEADLINE FOR LIMITED DISCOVERY**

**[NO HEARING REQUESTED]**

**DISCOVERY MATTER**

Hon. Larry A. Burns, District Judge
Hon. Louisa S. Porter, Magistrate Judge

The parties, having met and conferred in good faith, **HEREBY AGREE AND STIPULATE**, subject to court approval, to extend the date to complete the initial limited discovery described in the Court's Order dated August 19, 2011 (Dkt. No. 45), from December 1, 2011, to **December 23, 2011**.

The requested extension is needed to enable Defendants to undertake the search and review process and complete their document productions, to permit Plaintiffs a reasonable opportunity to review Defendants' responses and document productions, and to allow Plaintiffs sufficient time to schedule and complete depositions of key witnesses. The parties have not sought a previous extension for discovery purposes.

The parties respectfully request the Court issue an order approving the stipulation and extending the limited discovery deadline.

DATED: November 23, 2011

**GIRARD GIBBS LLP**

By: /s/ Elizabeth C. Pritzker

601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Lead Liaison Counsel for Plaintiffs

DATED: November 23, 2011

**LATHAM & WATKINS LLP**

By: /s/ Christopher S. Yates

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 395-8157
Facsimile: (415) 395-8095

Attorneys for Defendant Guitar Center, Inc.

//

//

DATED: November 23, 2011

**BAKER BOTTS LLP**

By: /s/ Stephen Weissman

**The Warner**
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Attorneys for Defendant National Association of Music Merchants, Inc.

DATED: November 23, 2011

**ECKERT SEAMANS CHERIN & MELLOTT LLP**

By: /s/ Keith E. Smith

Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400
Facsimile: (215) 851-8383

Attorneys for Defendant Hoshino (U.S.A.), Inc.

DATED: November 23, 2011

**BRYAN CAVE LLP**

By: /s/ J. Alex Grimsley

One Renaissance Square
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070

Attorneys for Defendants Fender Musical Instruments Corp. and Kaman Music Corp. (now known as KMC Music, Inc.)

//

//

DATED: November 23, 2011

**RILEY WARNOCK & JACOBSON, PLC**

By: /s/ Tim Harvey

1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737

Attorneys for Defendant Gibson Guitar Corp.

DATED: November 23, 2011

**CROWELL & MORING LLP**

By: /s/ Daniel A. Sasse

3 Park Plaza
Irvine, California 9264T
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Defendant Yamaha Corp. of America

3

JOINT MOTION FOR COURT APPROVAL OF STIPULATION TO EXTEND DEADLINE FOR LIMITED DISCOVERY
Case No. 09-md-02121-LAB-POR

**ECF FILER'S ATTESTATION**

I, Elizabeth C. Pritzker, as the e-filing counsel, attest that concurrence in filing this document has been obtained from Daniel A. Sasse, Tim Harvey, J. Alex Grimsley, Stephen Weissman, Christoper S. Yates, Keith E. Smith. I will maintain a record of the concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action.

Dated: November 23, 2011 By: __/s/ Elizabeth C. Pritzker ________

**CERTIFICATE OF SERVICE**

I, Elizabeth C. Pritzker, hereby certify that on November 23, 2011, I served the foregoing document on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by first class mail**.**

/s/ Elizabeth C. Pritzker

5

JOINT MOTION FOR COURT APPROVAL OF STIPULATION TO EXTEND DEADLINE FOR LIMITED DISCOVERY

Case No. 09-md-02121-LAB-POR