1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  National Association of Music Merchants, Musical Instruments and Equipment Antitrust Litigation | MDL No. 2121<br><br>(USDC Case Nos. 09cv2002, 09cv2146, 09cv2151, 09cv2211, 09cv2267, 09cv2285, 09cv2332, 09cv2418, 09cv2423) |

In member case 09cv2423, *Seiler v. Guitar Center, Inc.*, Plaintiff Seiler requested that the appearance of Charles E. Tompkins, Esq., be withdrawn as he is no longer with the law firm representing Seiler. The remaining attorneys of record will continue to represent Seiler.

An appeal is now pending.  "As a general rule, the filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal." *Stein v. Wood*, 127 F.3d 1187, 1189 (9th Cir. 1997). The unopposed request is therefore **GRANTED**, but only with respect to Tompkins' appearance in this Court and not with respect to any appearance he may have made before the Ninth Circuit.

**IT IS SO ORDERED**.

DATED:  February 20, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge